| Prob 22 (12/2018) | | DOCKET NUMBER (Tran Court) 09-CR-043-002-SPF |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec Court) CR-22-357-001-F |

| NAME AND ADDRESS OF PROBATIONER RELEASEE: OSCAR AMOS STILLEY | DISTRICT Northern District of Oklahoma | DIVISION United States Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Stephen P. Friot | |
| | DATES OF: ☐ PROBATION ☒ SUPERVISED RELEASE | From Date 8/10/2022 — To Date 8/9/2025 |

**OFFENSE**

18 U.S.C. § 371 — Conspiracy to Defraud the United States
26 U.S.C. § 7201 and 18 U.S.C. § 2 — Tax Evasion and Aiding and Abetting
26 U.S.C. § 7201 and 18 U.S.C. § 2 — Tax Evasion and Aiding and Abetting

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF OKLAHOMA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 24, 2022
Date

*signature*
Stephen P. Friot, United States District Judge

\* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer releasee be accepted and assumed by this Court from and after the entry of this order.

August 24, 2022
Effective Date

*signature*
United States District Judge