Query   Reports   Utilities   Help   What's New   Log Out

GARN,RELEASED,TRANSF,VJASSIGN

# U.S. District Court
## U.S. District Court for the Northern District of Oklahoma (Tulsa)
## CRIMINAL DOCKET FOR CASE #: 4:09-cr-00043-SPF-2

---

Case title: USA v. Springer et al
Related Case: 4:21-cv-00361-SPF-CDL

Date Filed: 03/10/2009
Date Terminated: 04/28/2010

---

Assigned to: Judge Stephen P Friot

Appeals court case numbers: '10-5057
(#348)' '10th Circuit', 22-5000 (#725) 10th
Circuit

**Defendant (2)**

**Oscar Amos Stilley**
*TERMINATED: 04/28/2010*

represented by **Oscar Amos Stilley**
#10579-062
Oscar A. Stilley
Arkansas
10600 N Highway 59
Cedarville, AR 72932
479-384-2303
Email: oscarstilley@gmail.com
PRO SE

**Charles Robert Burton , IV**
Burton Law Firm PC
15 E 5TH ST STE 4022
TULSA, OK 74103-4347
918-607-4891
Email: RobtBurton@aol.com
*TERMINATED: 04/27/2010*
*LEAD ATTORNEY*
*Designation: Public Defender or
Community Defender Appointment*

**Terry Lee Weber**
Weber & Assoc PC
320 S BOSTON STE 825
TULSA, OK 74103
918-582-1910
Fax: 918-582-2015
Email: Terry.Weber@morelaw.com
*TERMINATED: 04/03/2009*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: CJA or Other Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18 USC 371: Conspiracy to Defraud the United States (1) | BOP 60 months; SR 3 years; Restitution $776,280; SMA $100 |
| 26 USC 7201: Tax Evasion and 18 USC 2 (3-4) | BOP 60 months consecutive to Ct 1 and each other; SR 3 years; SMA $100 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

| **USA** | represented by | **Charles Anthony O'Reilly** |
| --- | --- | --- |
| | | DOJ-Tax |
| | | 150 M Street N.E. |
| | | Room 2-404 |
| | | Washington, DC 20002 |
| | | 202-616-0115 |
| | | Fax: 202-514-9623 |
| | | Email: charles.a.o'reilly@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Government Attorney (local,state,federal)* |
| | | |
| | | **Jeffrey Andrew Gallant** |
| | | United States Attorney's Office (Tulsa) |
| | | 110 W 7TH ST STE 300 |
| | | TULSA, OK 74119-1013 |
| | | 918-382-2715 |
| | | Fax: 918-560-7938 |
| | | Email: Jeff.Gallant@usdoj.gov |
| | | *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*
*(local,state,federal)*

**Kenneth P Snoke**
United States Attorney's Office (Tulsa)
110 W 7TH ST STE 300
TULSA, OK 74119-1013
918-382-2700
Fax: 918-560-7946
Email: ken.snoke@usdoj.gov
*TERMINATED: 06/08/2010*
*LEAD ATTORNEY*
*Designation: Government Attorney*
*(local,state,federal)*

**Vani Singhal**
U.S. Attorney's Office
110 W. 7th Street
Suite 300
Tulsa, OK 74119
918-382-2700
Email: vani.singhal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*
*(local,state,federal)*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2009 | 1 | DEFENDANT INFORMATION SHEET(S) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 03/10/2009) |
| 03/10/2009 | 2 | INDICTMENT by USA as to Lindsey Kent Springer (1) count(s) 1, 2, 3-4, 5-6, Oscar Amos Stilley (2) count(s) 1, 3-4 (pll, Dpty Clk) (Entered: 03/10/2009) |
| 03/10/2009 | 4 | SUMMONS Issued by Court Clerk as to Oscar Amos Stilley (pll, Dpty Clk) (Entered: 03/10/2009) |
| 03/10/2009 | 665 | SEALED UNREDACTED VERSION of Dkt # 2 per Local Rule 5.3(b) (pll, Dpty Clk) (Entered: 01/11/2019) |
| 03/18/2009 | 5 | MOTION for Electronic Access by Lindsey Kent Springer as to Lindsey Kent Springer (sjm, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 9 | MINUTE ORDER *by Judge Payne, due to Court conflict,* recusing Judge James H Payne, *this case is hereby returned to the Court Clerk for further reassignment,* Court Clerk reassigned to case as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 14 | MINUTES of Proceedings - held before Magistrate Judge Paul J Cleary: Initial Appearance held on 3/18/2009, Arraignment held on 3/18/2009, appointing CJA attorney Terry Lee Weber for Oscar Amos Stilley, setting/resetting bond as to Oscar |

| | | |
|---|---|---|
| | | Amos Stilley (Court Reporter: C1) (kjp, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 15 | ORDER by Magistrate Judge Paul J Cleary *(for purposes of initial appearance only)*, appointing CJA attorney as to Oscar Amos Stilley (kjp, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 16 | ORDER by Magistrate Judge Paul J Cleary, setting conditions of release as to Oscar Amos Stilley (kjp, Dpty Clk) (Entered: 03/18/2009) |
| 03/18/2009 | 17 | BOND approved by Magistrate Judge Paul J Cleary as to Oscar Amos Stilley (kjp, Dpty Clk) (Entered: 03/18/2009) |
| 03/19/2009 | 18 | ORDER by Magistrate Judge Paul J Cleary *directing defendants regarding representation*, setting/resetting deadline(s)/hearing(s): *(copy of Order mailed to both defendants on 3/19/09)* ( Miscellaneous Deadline set for 3/30/2009) as to Lindsey Kent Springer, Oscar Amos Stilley (kjp, Dpty Clk) (Entered: 03/19/2009) |
| 03/23/2009 | 19 | RESPONSE (Re: 8 MOTION for Bill of Particulars, 5 MOTION for Electronic Access, 7 Brief in Support of Motion, 6 MOTION for In Camera Review of Fifth Amendment Proffer ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) (Entered: 03/23/2009) |
| 03/24/2009 | 20 | MOTION to Withdraw Attorney(s) *R. Scott Williams* by Lindsey Kent Springer as to Lindsey Kent Springer (Williams, Robert) Modified on 3/25/2009 to reference to Oscar Stilley (tjc, Dpty Clk). (Entered: 03/24/2009) |
| 03/24/2009 | 21 | MOTION for Hearing (Re: 20 MOTION to Withdraw Attorney(s) ) by Lindsey Kent Springer as to Lindsey Kent Springer (Williams, Robert) Modified on 3/25/2009 to remove reference to Oscar Stilley (tjc, Dpty Clk). (Entered: 03/24/2009) |
| 03/25/2009 | | NOTICE of Docket Entry Modification; Error: During e-filing the attorney was prompted to select a case, all defendants were selected; Correction: Edited docket text to remove Oscar Stilley as these pleadings did not name him (Re: 20 MOTION to Withdraw Attorney(s), 21 MOTION for Hearing ) as to Lindsey Kent Springer, Oscar Amos Stilley (tjc, Dpty Clk) (Entered: 03/25/2009) |
| 03/25/2009 | 22 | MINUTE ORDER by Magistrate Judge Paul J Cleary, setting/resetting deadline(s)/hearing(s): ( Miscellaneous Hearing set for 3/30/2009 at 02:30 PM before Magistrate Judge Paul J Cleary) as to Lindsey Kent Springer, Oscar Amos Stilley (kjp, Dpty Clk) (Entered: 03/25/2009) |
| 03/30/2009 | 23 | MINUTES of Proceedings - held before Magistrate Judge Paul J Cleary: Miscellaneous Hearing held on 3/30/2009 *re Representation; Defendants Waive Counsel*, ruling on motion(s)/document(s): #5 granted, striking/terminating deadline(s)/hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 5 MOTION for Electronic Access ) (Court Reporter: C1) (kjp, Dpty Clk) (Entered: 03/31/2009) |
| 03/31/2009 | 24 | MINUTE ORDER *by Court Clerk at the direction of Chief Judge Claire V. Eagan*, reassigning case to Judge Stephen P Friot. Court Clerk no longer assigned to case, changing case number to 09-CR-43-SPF as to Lindsey Kent Springer, Oscar Amos Stilley (a-hc, Dpty Clk) (Entered: 03/31/2009) |
| 04/01/2009 | 25 | MOTION for Protective Order by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 04/01/2009) |

| | | |
|---|---|---|
| 04/02/2009 | 26 | ORDER by Judge Stephen P Friot *(Protective Order)*, ruling on motion(s)/document(s): #25 Granted (Re: 25 MOTION for Protective Order ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/02/2009) |
| 04/03/2009 | 27 | ORDER by Magistrate Judge Paul J Cleary *Appointing Standby Counsel*, adding attorney Robert Scott Williams for Lindsey Kent Springer, Charles Robert Burton, IV for Oscar Amos Stilley, ruling on motion(s)/document(s): #20 and #21 moot (Re: 20 MOTION to Withdraw Attorney(s) *R. Scott Williams*, 21 MOTION for Hearing ) as to Lindsey Kent Springer, Oscar Amos Stilley (kjp, Dpty Clk) (Entered: 04/03/2009) |
| 04/06/2009 | 28 | MOTION to Permit Oscar Stilley to File by CM/ECF by Oscar Amos Stilley (s-srb, Dpty Clk) (Entered: 04/07/2009) |
| 04/07/2009 | 29 | ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 4/22/2009 at 10:00 AM before Judge Stephen P Friot, Scheduling Conference set for 4/22/2009 at 10:00 AM before Judge Stephen P Friot) (Re: 8 MOTION for Bill of Particulars, 6 MOTION for In Camera Review of Fifth Amendment Proffer ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/07/2009) |
| 04/08/2009 | 31 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #28 Granted (Re: 28 MOTION to Permit Oscar Stilley to File by CM/ECF ) as to Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/08/2009) |
| 04/10/2009 | 33 | MOTION for Bill of Particulars by Oscar Amos Stilley as to Lindsey Kent Springer, Oscar Amos Stilley (Stilley, Oscar) (Entered: 04/10/2009) |
| 04/10/2009 | 34 | ORDER by Judge Stephen P Friot *: setting Motion for hearing on 4/22/09* (Re: 33 MOTION for Bill of Particulars, 29 Order,,,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/10/2009) |
| 04/15/2009 | 39 | MOTION Unopposed Motion for Limited Unsealing of Search Warrant and Affidavit and Materials from Case 03-CR-055-CVE by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) (Entered: 04/15/2009) |
| 04/15/2009 | 40 | NOTICE NOTICE RE GOVERNMENT MOTION FOR LIMITED UNSEALING OF SEARCH WARRANT AFFIDAVIT AND MATERIALS FROM CASE 03-CR-043-CVE (Re: 39 MOTION Unopposed Motion for Limited Unsealing of Search Warrant and Affidavit and Materials from Case 03-CR-055-CVE ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 04/15/2009) |
| 04/16/2009 | 41 | ORDER by Judge Stephen P Friot *setting Motion for Hearing on 4/22/09* (Re: 39 MOTION Unopposed Motion for Limited Unsealing of Search Warrant and Affidavit and Materials from Case 03-CR-055-CVE ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/16/2009) |
| 04/16/2009 | 42 | RESPONSE in Opposition to Motion *Consolidated* (Re: 37 MOTION Request for Release of Affidavit and Transcript surrounding issuance of Search Warrant dated 9.15.05, 33 MOTION for Bill of Particulars, 8 MOTION for Bill of Particulars, 35 MOTION for Protective Order *Pending Prospective Franks Hearing*, 30 MOTION to Clarify *appointment of Honorable Judge Stephen P. Friot*, 6 MOTION for In Camera Review of Fifth Amendment Proffer, 36 MOTION to Unseal Document(s) *in 03-CR-55E* ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With |

| | | |
|---|---|---|
| | | attachments) (O'Reilly, Charles) (Entered: 04/16/2009) |
| 04/22/2009 | 43 | MINUTES of Proceedings - held before Judge Stephen P Friot: Motion Hearing held on 4/22/2009, Scheduling Conference held on 4/22/2009, ruling on motion(s)/document(s): #30 Granted, #6, 8, 33 Denied, #36, 37, 39 Granted in Part, Denied in part, taking motion(s) under advisement, setting/resetting deadline(s)/hearing(s): ( Motions due by 6/1/2009, Responses due by 6/15/2009, Motion Hearing set for 7/9/2009 at 09:00 AM before Judge Stephen P Friot, Jury Instructions, Voir Dire & Trial Briefs due by 8/3/2009, Pretrial Conference set for 10/21/2009 at 10:00 AM before Judge Stephen P Friot, Jury Trial set for 10/26/2009 at 09:30 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 37 MOTION Request for Release of Affidavit and Transcript surrounding issuance of Search Warrant dated 9.15.05, 33 MOTION for Bill of Particulars, 8 MOTION for Bill of Particulars, 39 MOTION Unopposed Motion for Limited Unsealing of Search Warrant and Affidavit and Materials from Case 03-CR-055-CVE, 35 MOTION for Protective Order *Pending Prospective Franks Hearing*, 30 MOTION to Clarify *appointment of Honorable Judge Stephen P. Friot*, 6 MOTION for In Camera Review of Fifth Amendment Proffer, 36 MOTION to Unseal Document(s) *in 03-CR-55E* ) (Court Reporter: Tracy Washbourne) (pll, Dpty Clk) (Entered: 04/22/2009) |
| 04/29/2009 | 46 | ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Responses due by 5/11/2009) (Re: 44 Reply to Response to Motion ) as to Lindsey Kent Springer, Oscar Amos Stilley (sjm, Dpty Clk) Modified on 5/1/2009 to seal PDF, as ENTERED IN ERROR; duplicate entry see Doc # 45 for correct entry (tjc, Dpty Clk). (Entered: 04/30/2009) |
| 05/01/2009 | | NOTICE of Docket Entry Modification; Error: Duplicate entry, ENTERED IN ERROR; Correction: Sealed PDF as this was a duplicate entry; see Doc # 45 for correct entry (Re: 46 Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, ) as to Lindsey Kent Springer, Oscar Amos Stilley (tjc, Dpty Clk) (Entered: 05/01/2009) |
| 05/08/2009 | 49 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *July 9, 2009, Hearing on Motion for Franks Issue and/or Suppress* (Re: 43 Minutes of Motion Hearing,,,,,, Minutes of Scheduling Conference,,,,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s) ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 05/08/2009) |
| 05/12/2009 | 50 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #49 Granted in Part, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 7/2/2009 at 09:00 AM before Judge Stephen P Friot) (Re: 49 MOTION to Accelerate/Extend /Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) as to Lindsey Kent |

| | | |
|---|---|---|
| | | Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 05/12/2009) |
| 05/15/2009 | 67 | MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment* (Re: 2 Indictment ) by Oscar Amos Stilley as to Oscar Amos Stilley (Stilley, Oscar) Modified on 5/18/2009 to remove defendant Lindsey Springer from text (lml, Dpty Clk). (Entered: 05/15/2009) |
| 05/15/2009 | 68 | BRIEF in Support of Motion *to dismiss for fraud and violation of the 5th Amendment* (Re: 67 MOTION to Dismiss Indictment/Information/Complaint ) by Oscar Amos Stilley as to Oscar Amos Stilley (Stilley, Oscar) Modified on 5/18/2009 to remove Lindsey Springer from text (lml, Dpty Clk). (Entered: 05/15/2009) |
| 05/15/2009 | 69 | JOINDER *of motions filed by Lindsey Springer* (in [51-66] Generally dispositive filed on May 15, 2009) by Oscar Amos Stilley as to Oscar Amos Stilley (Stilley, Oscar) Modified on 5/18/2009 to remove Lindsey Springer from text (lml, Dpty Clk). (Entered: 05/15/2009) |
| 05/18/2009 | | NOTICE of Docket Entry Modification; Error: These documents were filed as to both defendants in error; Correction: Edited docket text and removed Lindsey Kent Springer from text (Re: 67 MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment*, 69 JOINDER (in [51-66] Generally dispositive filed on May 15, 2009), 68 Brief in Support of Motion ) as to Lindsey Kent Springer, Oscar Amos Stilley (lml, Dpty Clk) (Entered: 05/18/2009) |
| 05/26/2009 | 70 | ORDER by Judge Stephen P Friot *vacating the stay entered by the court on 4/22/2009 & directing government to turn over materials to defendant Stilley*, ruling on motion(s)/document(s): #35 denied (Re: 35 MOTION for Protective Order *Pending Prospective Franks Hearing*, 42 Response in Opposition to Motion,, 43 Minutes of Motion Hearing,,,,,,, Minutes of Scheduling Conference,,,,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Taking Motion(s) Under Advisement, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s), 44 Reply to Response to Motion, 48 Surreply to Motion ) as to Lindsey Kent Springer, Oscar Amos Stilley (djh, Dpty Clk) (Entered: 05/26/2009) |
| 05/29/2009 | 71 | RESPONSE in Opposition to Motion *Fifty-one through Sixty-seven* (Re: 67 MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment*, 59 Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds*, 63 Seventh MOTION to Dismiss Indictment/Information /Complaint *for failure to allege certain specific provisions*, 69 JOINDER (in [51-66] Generally dispositive filed on May 15, 2009), 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein*, 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue*, 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995*, 65 Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution*, 57 Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element*, 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four ) by USA |

| | | as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 05/29/2009) |
|---|---|---|
| 06/01/2009 | 72 | MOTION to Suppress *Grand Jury testimony and evidence* by Oscar Amos Stilley (Stilley, Oscar) (Entered: 06/01/2009) |
| 06/01/2009 | 73 | BRIEF in Support of Motion (Re: 72 MOTION to Suppress *Grand Jury testimony and evidence* ) by Oscar Amos Stilley (With attachments) (Stilley, Oscar) (Entered: 06/01/2009) |
| 06/02/2009 | 78 | SEALED MOTION (O'Reilly, Charles) (Entered: 06/02/2009) |
| 06/15/2009 | 80 | RESPONSE in Opposition to Motion *Consolidated* (Re: 77 MOTION for Hearing *(submitted as part of Doc # 74 )*, 72 MOTION to Suppress *Grand Jury testimony and evidence*, 74 MOTION to Suppress ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 06/15/2009) |
| 06/15/2009 | 83 | MOTION to Accelerate/Extend/Reset Hearings/Deadlines for filing of motion for bill of particulars by Oscar Amos Stilley (Stilley, Oscar) Modified on 6/16/2009; this is a two-event document and combined documents are not allowed with CM/ECF; also changed text to reflect correct motion event (sac, Dpty Clk). (Entered: 06/15/2009) |
| 06/16/2009 | 84 | MINUTE ORDER by Court Clerk, Having reviewed the docket entry and/or PDF for Dkt # 83, the Court has determined that *this document contains two events and combined documents are not allowed with CM/ECF.* Attorney *Oscar Stilley* is hereby directed to re-file *his Adoption, using that event.* (Re: 83 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) as to Oscar Amos Stilley (sac, Dpty Clk) (Entered: 06/16/2009) |
| 06/17/2009 | 85 | MINUTE ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 7/2/2009 at 09:00 AM before Judge Stephen P Friot), ruling on motion(s)/document(s): #83 Denied (Re: 82 MOTION for Bill of Particulars, 83 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s)MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 06/17/2009) |
| 06/18/2009 | 87 | ORDER by Judge Stephen P Friot , *directing Sur-Reply*, ruling on motion(s)/document(s): #86 Denied (Re: 86 MOTION to Strike Document(s), 67 MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment*, 59 Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds*, 63 Seventh MOTION to Dismiss Indictment/Information /Complaint *for failure to allege certain specific provisions*, 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein*, 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue*, 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995*, 65 Eighth MOTION to Dismiss Indictment/Information /Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution*, 57 Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element*, 69 JOINDER *of motions filed by Lindsey Springer* (in [51-66] Generally dispositive filed on May 15, 2009), 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 06/18/2009) |

| | | |
|---|---|---|
| 06/23/2009 | 91 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #90 Granted (Re: 90 MOTION for Leave to Exceed Page Limitation, 67 MOTION to Dismiss Indictment/Information/Complaint *for fraud and violation of the 5th Amendment*, 59 Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds*, 63 Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain specific provisions*, 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein*, 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue*, 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995*, 65 Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution*, 57 Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element*, 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 06/23/2009) |
| 06/23/2009 | 92 | JOINDER (in [81; 82] Springer's Reply Regarding Opposition to Springer's Motion to Dismiss; Motion for Bill of Particulars filed on 6/15/2009; 6/15/2009) as to Oscar Amos Stilley (Stilley, Oscar) (Entered: 06/23/2009) |
| 06/25/2009 | 93 | SURREPLY (Re: 51 First MOTION to Dismiss, 53 Second MOTION to Dismiss, 55 Third MOTION to Dismiss, 57 Fourth MOTION to Dismiss, 59 Fifth MOTION to Dismiss, 61 Sixth MOTION to Dismiss, 63 Seventh MOTION to Dismiss, 65 Eighth MOTION to Dismiss) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) Modified on 6/29/2009 to change text to reflect correct event and to change links to reflect base motions (sac, Dpty Clk). (Entered: 06/25/2009) |
| 06/29/2009 | | NOTICE of Docket Entry Modification; Error: wrong event selected (Reply); wrong links made; Correction: changed text to reflect correct event (Surreply); created links to base motions (Re: 93 Reply, ) as to Lindsey Kent Springer, Oscar Amos Stilley (sac, Dpty Clk) (Entered: 06/29/2009) |
| 06/30/2009 | 94 | MOTION to Quash *Subpoenas* by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 06/30/2009) |
| 07/01/2009 | 97 | RESPONSE in Opposition to Motion (Re: 82 MOTION for Bill of Particulars ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 07/01/2009) |
| 07/01/2009 | 98 | Clarification of (Re: 94 MOTION to Quash ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) Modified on 7/2/2009 to correct title of event (pll, Dpty Clk). Modified on 7/2/2009 (pll, Dpty Clk). (Entered: 07/01/2009) |
| 07/01/2009 | 99 | MOTION to Quash *subpoena* by Eddy Lynn Patterson as to Lindsey Kent Springer, Oscar Amos Stilley (sjm, Dpty Clk) Modified on 7/6/2009 to correct file date (lml, Dpty Clk). (Entered: 07/02/2009) |
| 07/02/2009 | 100 | MINUTES of Proceedings - held before Judge Stephen P Friot: Motion Hearing held on 7/2/2009, ruling on motion(s)/document(s): #51,53,55,57,59,61,63,65,67,69,72,74,77,92 Denied, #82 Granted in Part, Denied in part, #94 Moot, striking/terminating deadline(s)/hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 67 MOTION to Dismiss Indictment/Information /Complaint *for fraud and violation of the 5th Amendment*, 59 Fifth MOTION to Dismiss Indictment/Information/Complaint *on Fifth Amendment Grounds*, 63 Seventh MOTION to Dismiss Indictment/Information/Complaint *for failure to allege certain* |

| | | |
|---|---|---|
| | | *specific provisions*, 77 MOTION for Hearing *(submitted as part of Doc # 74 )*, 92 JOINDER (in [81; 82] Springer's Reply Regarding Opposition to Springer's Motion to Dismiss; Motion for Bill of Particulars filed on 6/15/2009; 6/15/2009), 69 JOINDER (in [51-66] Generally dispositive filed on May 15, 2009), 55 Third MOTION to Dismiss Indictment/Information/Complaint *pursuant to CIR v. Duberstein*, 94 MOTION to Quash, 51 First MOTION to Dismiss Indictment/Information/Complaint *for lack of venue*, 53 Second MOTION to Dismiss Indictment/Information/Complaint *for violations of Paperwork Reduction Act of 1995*, 65 Eighth MOTION to Dismiss Indictment/Information/Complaint *violation of Fourth/Fifth Amendment and Selective Prosecution*, 57 Fourth MOTION to Dismiss Indictment/Information/Complaint *for failure to allege tax deficiency element*, 72 MOTION to Suppress *Grand Jury testimony and evidence*, 82 MOTION for Bill of Particulars, 61 Sixth MOTION to Dismiss Count(s) One, Two, Three and Four, 74 MOTION to Suppress ) (Court Reporter: Tracy Washbourne) (pll, Dpty Clk) Modified on 7/8/2009 to indicate attached PDF has incorrect hearing date. Date hearing held was 7/2/2009 (pll, Dpty Clk). (Entered: 07/02/2009) |
| 07/02/2009 | 101 | MINUTE ORDER by Judge Stephen P Friot *: Following the hearing held this date, the Motion to Quash filed by Eddy Lynn Patterson is hereby moot*, ruling on motion(s)/document(s): #99 Moot (Re: 99 MOTION to Quash *subpoena* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 07/02/2009) |
| 07/02/2009 | 103 | SEALED EXHIBIT(S) to Order/Minutes (Re: 100 Minutes of Motion Hearing,,,,,,,,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s), Striking/Terminating Deadline(s)/Hearing(s) ) (pll, Dpty Clk) (Entered: 07/14/2009) |
| 07/08/2009 | 102 | ORDER by Judge Stephen P Friot *re: jury instructions* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 07/08/2009) |
| 07/14/2009 | 104 | BILL OF PARTICULARS (Re: 82 MOTION for Bill of Particulars ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 07/14/2009) |
| 08/03/2009 | 107 | PROPOSED JURY INSTRUCTIONS by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 08/03/2009) |
| 08/03/2009 | 108 | First PROPOSED JURY INSTRUCTIONS as to Oscar Amos Stilley (Stilley, Oscar) (Entered: 08/03/2009) |
| 08/03/2009 | 109 | First MOTION to Dismiss Count(s) 1 *Conspiracy charge* (Re: 2 Indictment ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 08/03/2009) |
| 08/03/2009 | 110 | BRIEF in Support of Motion (Re: 109 First MOTION to Dismiss Count(s) 1 *Conspiracy charge* ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 08/03/2009) |

| | | |
|---|---|---|
| 08/04/2009 | 111 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #106 Denied (Re: 106 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (cds, Dpty Clk) (Entered: 08/04/2009) |
| 08/05/2009 | 112 | RESPONSE in Opposition to Motion (Re: 109 First MOTION to Dismiss Count(s) 1 *Conspiracy charge* ) by USA as to Oscar Amos Stilley (O'Reilly, Charles) Modified on 8/6/2009 to delete "as to" defendant Springer (sac, Dpty Clk). (Entered: 08/05/2009) |
| 08/06/2009 | 114 | TRANSCRIPT of Proceedings (Unredacted) of Motion Hearing held on 04/22/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 132). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 43 Minutes of Motion Hearing, Minutes of Scheduling Conference, Ruling on Motion(s)/Document(s), Taking Motion(s) Under Advisement, Setting/Resetting Deadline(s)/Hearing(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 11/5/2009 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 08/06/2009) |
| 08/06/2009 | 115 | TRANSCRIPT of Proceedings (Unredacted) of Motions Hearing held on 7/2/09 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 159). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 100 Minutes of Motion Hearing, Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) Modified on 11/5/2009 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 08/06/2009) |
| 08/06/2009 | 116 | RESPONSE in Opposition to Motion (Re: 105 Second MOTION for Bill of Particulars ) by USA as to Lindsey Kent Springer (O'Reilly, Charles) Modified on 8/7/2009 to delete "as to Oscar Amos Stilley" as this document states it is as to defendant Springer only (sac, Dpty Clk). (Entered: 08/06/2009) |
| 08/12/2009 | 120 | OBJECTION to Proposed Jury Instructions (Re: 108 Proposed Jury Instructions ) by USA as to Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 08/12/2009) |
| 08/13/2009 | 126 | NOTICE of Intent to Use Expert Witness Testimony by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 08/13/2009) |
| 08/17/2009 | 129 | OBJECTION to Proposed Jury Instructions *Of the government* (Re: 108 Proposed Jury Instructions ) as to Oscar Amos Stilley (Stilley, Oscar) (Entered: 08/17/2009) |
| 08/19/2009 | 131 | REPLY to Response to Motion (Re: 109 First MOTION to Dismiss Count(s) 1 *Conspiracy charge* ) by Oscar Amos Stilley (With attachments) (Stilley, Oscar) (Entered: 08/19/2009) |
| 08/19/2009 | 132 | JOINDER (SUBMITTED AS DOC # 131 )(in 123 Eighth Motion to Dismiss Count(s) filed on 8/12/09) as to Oscar Amos Stilley (lml, Dpty Clk) (Entered: 08/20/2009) |

| | | |
|---|---|---|
| 08/19/2009 | 133 | ADOPTION *(SUBMITTED AS DOC # 131 )* (of [124, 130] Eighth Brief in Support of Motion, Reply to Response to Motion filed on 8/12/09, 8/19/09) as to Oscar Amos Stilley (lml, Dpty Clk) (Entered: 08/20/2009) |
| 08/20/2009 | | NOTICE of Docket Entry Modification; Error: Document No. 131 is a multi-event document and only one event was e-filed; Correction: Filed the remaining events (Joinder in Motion) and (Adoption) as Document Nos. 132 & 133 (Re: 131 Reply to Response to Motion ) as to Oscar Amos Stilley (lml, Dpty Clk) (Entered: 08/20/2009) |
| 09/10/2009 | 134 | NOTICE Pursuant to Federal Rule of Evidence 404(b) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 09/10/2009) |
| 09/16/2009 | 135 | ORDER by Judge Stephen P Friot *re: Pretrial Conference* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 09/16/2009) |
| 09/18/2009 | 136 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #105 denied; 109 denied; #123 denied (Re: 105 Second MOTION for Bill of Particulars, 109 First MOTION to Dismiss Count(s) 1 *Conspiracy charge*, 123 Eighth MOTION to Dismiss Count(s) One, Two, Four, Five and Six ) as to Lindsey Kent Springer, Oscar Amos Stilley (sjm, Dpty Clk) (Entered: 09/18/2009) |
| 09/21/2009 | 137 | MOTION in Limine by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 09/21/2009) |
| 09/21/2009 | 138 | TRIAL BRIEF by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) (Entered: 09/21/2009) |
| 09/21/2009 | 139 | NOTICE of Government's Proposed Summary of Indictment by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) Modified on 9/22/2009 to reflect correct event (tjc, Dpty Clk). (Entered: 09/21/2009) |
| 09/21/2009 | 140 | NOTICE of Summary of Indictment by Oscar Amos Stilley (Stilley, Oscar) Modified on 9/22/2009 to reflect correct event (tjc, Dpty Clk). (Entered: 09/21/2009) |
| 09/21/2009 | 149 | MOTION in Limine *regarding hearsay and confrontation issues* by Oscar Amos Stilley (Stilley, Oscar) (Entered: 09/21/2009) |
| 09/21/2009 | 152 | MOTION for Subpoena(s) *pursuant to Rule 17(b)* by Oscar Amos Stilley (Stilley, Oscar) (Entered: 09/21/2009) |
| 09/21/2009 | 153 | BRIEF in Support of Motion (Re: 152 MOTION for Subpoena(s) *pursuant to Rule 17(b)* ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 09/21/2009) |
| 09/21/2009 | 155 | JOINDER (in [141, 142, 144, 145, 146, 147, 148, 150, and 151] Motions in Limine, for subpoenas pursuant to Rule 17(b), and trial brief filed on 9-21-09) as to Oscar Amos Stilley (Stilley, Oscar) (Entered: 09/22/2009) |
| 09/22/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion for Miscellaneous Relief); Correction: Edited docket text to reflect correct event *(Notice)* (Re: 139 MOTION Government's Proposed Summary of Indictment ) as to Lindsey Kent Springer, Oscar Amos Stilley (tjc, Dpty Clk) (Entered: 09/22/2009) |
| 09/22/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Motion for Miscellaneous Relief); Correction: Edited docket text to reflect correct event (Notice) (Re: 140 MOTION Summary of Indictment ) as to Oscar Amos Stilley (tjc, Dpty Clk) (Entered: 09/22/2009) |

| | | |
|---|---|---|
| 09/22/2009 | 156 | ORDER by Judge Stephen P Friot *: setting ex parte hearing*, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 10/9/2009 at 01:30 PM before Judge Stephen P Friot) (Re: 152 MOTION for Subpoena(s) *pursuant to Rule 17(b)*, 141 MOTION for Subpoena(s) *under Rule 17* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 09/22/2009) |
| 09/22/2009 | 157 | ORDER by Judge Stephen P Friot *re: 10/9/09 ex parte hearing* (Re: 152 MOTION for Subpoena(s) *pursuant to Rule 17(b)*, 156 Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, 141 MOTION for Subpoena(s) *under Rule 17* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 09/22/2009) |
| 09/23/2009 | 158 | ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Motion Hearing set for 10/21/2009 at 09:00 AM before Judge Stephen P Friot) (Re: 145 Second MOTION in Limine, 150 Sixth MOTION in Limine, 137 MOTION in Limine, 146 Third MOTION in Limine, 149 MOTION in Limine *regarding hearsay and confrontation issues*, 148 Fifth MOTION in Limine, 144 First MOTION in Limine, 151 Seventh MOTION in Limine, 147 Fourth MOTION in Limine ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 09/23/2009) |
| 09/25/2009 | 160 | SEALED MOTION (O'Reilly, Charles) Modified on 10/9/2009; this document is STRICKEN per 183 (sac, Dpty Clk). (Entered: 09/25/2009) |
| 09/25/2009 | 162 | MOTION TAKE RULE 15 DEPOSITION by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 09/25/2009) |
| 09/30/2009 | 165 | MINUTE ORDER by Judge Stephen P Friot *: Until further notice, all hearings in this case will be held at the Boulder Courthouse, 224 S Boulder, 3rd Floor Courtroom, Tulsa, OK* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 09/30/2009) |
| 10/01/2009 | 170 | SEALED DOCUMENT (O'Reilly, Charles) Modified on 10/2/2009 to correct title of event (lml, Dpty Clk). (Entered: 10/01/2009) |
| 10/05/2009 | 173 | RESPONSE in Opposition to Motion (Re: 145 Second MOTION in Limine, 150 Sixth MOTION in Limine, 146 Third MOTION in Limine, 149 MOTION in Limine *regarding hearsay and confrontation issues*, 155 JOINDER (in [141, 142, 144, 145, 146, 147, 148, 150, and 151] Motions in Limine, for subpoenas pursuant to Rule 17(b), and trial brief filed on 9-21-09), 148 Fifth MOTION in Limine, 144 First MOTION in Limine, 151 Seventh MOTION in Limine, 147 Fourth MOTION in Limine ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 10/05/2009) |
| 10/05/2009 | 174 | SEALED MOTION (O'Reilly, Charles) (Entered: 10/05/2009) |
| 10/05/2009 | 175 | RESPONSE in Opposition to Motion (Re: 152 MOTION for Subpoena(s) *pursuant to Rule 17(b)*, 155 JOINDER (in [141, 142, 144, 145, 146, 147, 148, 150, and 151] Motions in Limine, for subpoenas pursuant to Rule 17(b), and trial brief filed on 9-21-09), 141 MOTION for Subpoena(s) *under Rule 17* ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 10/05/2009) |
| 10/05/2009 | 176 | RESPONSE in Opposition to Motion (Re: 162 MOTION TAKE RULE 15 DEPOSITION ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 10/05/2009) |

| | | |
|---|---|---|
| 10/06/2009 | 178 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #162 Granted (Re: 162 MOTION TAKE RULE 15 DEPOSITION ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/06/2009) |
| 10/07/2009 | 181 | SEALED MOTION (O'Reilly, Charles) Modified on 6/4/2010 to unseal per Order # 370 (lml, Dpty Clk). (Entered: 10/07/2009) |
| 10/07/2009 | 182 | SEALED DOCUMENT (O'Reilly, Charles) Modified on 6/4/2010 to unseal per Order # 370 (lml, Dpty Clk). (Entered: 10/07/2009) |
| 10/08/2009 | 183 | ORDER by Judge Stephen P Friot, striking/withdrawing document(s) (Re: 160 SEALED MOTION ) (Documents Terminated: 160 SEALED MOTION ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/08/2009) |
| 10/08/2009 | 186 | SEALED ORDER (s-srb, Dpty Clk) Modified on 6/4/2010 to unseal per Order # 370 (lml, Dpty Clk). (Entered: 10/08/2009) |
| 10/09/2009 | 189 | NOTICE with Respect to Court's Order (Dkt#178) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) (Entered: 10/09/2009) |
| 10/09/2009 | 190 | ERRATA/CORRECTION (Re: 189 Notice (Other) ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) Modified on 10/13/2009 to correct title of event (lml, Dpty Clk). (Entered: 10/09/2009) |
| 10/09/2009 | 191 | SEALED MINUTES (pll, Dpty Clk) (Entered: 10/13/2009) |
| 10/13/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Notice-Other); Correction: Edited docket text to reflect correct event (Errata/Correction to Document) (Re: 190 Notice (Other) ) as to Lindsey Kent Springer, Oscar Amos Stilley (lml, Dpty Clk) (Entered: 10/13/2009) |
| 10/13/2009 | 195 | ***Remark: *arrest warrant issued for material witness* as to Lindsey Kent Springer, Oscar Amos Stilley (sjm, Dpty Clk) Modified on 10/14/2009 to unseal docket entry (sjm, Dpty Clk). (Entered: 10/14/2009) |
| 10/14/2009 | 198 | RESPONSE in Opposition to Motion (Re: 179 MOTION Compel Clerk of Court to Comply with 28 U.S.C. Section 1867(f) and Test v. U.S. ) by USA as to Lindsey Kent Springer (Snoke, Kenneth) Modified on 10/15/2009 to delete "as to" Oscar Stilley since this document is only as to Lindsey Kent Springer (sac, Dpty Clk). (Entered: 10/14/2009) |
| 10/14/2009 | 199 | RESPONSE (Re: 134 NOTICE ) by Oscar Amos Stilley (With attachments) (Stilley, Oscar) Modified on 10/15/2009 to change text to reflect correct event and change link (sac, Dpty Clk). (Entered: 10/14/2009) |
| 10/15/2009 | | NOTICE of Docket Entry Modification; Error: all defendants were selected as to, but document only pertains to Lindsey Springer; Correction: deleted as to defendant Oscar Stilley (Re: 198 Response in Opposition to Motion, ) as to Lindsey Kent Springer, Oscar Amos Stilley (sac, Dpty Clk) (Entered: 10/15/2009) |
| 10/15/2009 | | NOTICE of Docket Entry Modification; Error: wrong event selected (Response in Opposition to Motion); wrong link made; Correction: changed text to reflect correct event (Response); changed link (Re: 199 Response in Opposition to Motion ) as to Oscar Amos Stilley (sac, Dpty Clk) (Entered: 10/15/2009) |

| | | |
|---|---|---|
| 10/16/2009 | 200 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #179 granted with specific limitations (Re: 179 MOTION Compel Clerk of Court to Comply with 28 U.S.C. Section 1867(f) and Test v. U.S. ) as to Lindsey Kent Springer(djh, Dpty Clk) (Entered: 10/16/2009) |
| 10/20/2009 | 202 | SEALED MOTION (Snoke, Kenneth) Modified on 6/4/2010 to unseal per Order # 370 (lml, Dpty Clk). (Entered: 10/20/2009) |
| 10/20/2009 | 203 | SEALED ORDER (pll, Dpty Clk) Modified on 6/4/2010 to unseal per Order # 370 (lml, Dpty Clk). (Entered: 10/20/2009) |
| 10/20/2009 | 204 | SEALED MOTION (O'Reilly, Charles) (Entered: 10/20/2009) |
| 10/20/2009 | 205 | SEALED MOTION (O'Reilly, Charles) (Entered: 10/20/2009) |
| 10/20/2009 | 206 | MOTION to Exclude MENTION OF THE TESTIMONY OF VIKKI WIGGINS PRIOR TO A REASONABLE TIME AFTER PRODUCTION OF THE TRANSCRIPT OF HER TESTIMONY by Oscar Amos Stilley (Stilley, Oscar) (Entered: 10/20/2009) |
| 10/21/2009 | 207 | MINUTES of Proceedings - held before Judge Stephen P Friot: Motion Hearing held on 10/21/2009, Pretrial Conference held on 10/21/2009, ruling on motion(s)/document(s): #137,155 grant in part, deny in part; 144,146,147,150,151,159 denied; 148, 204, 205, 206 granted, striking/terminating deadline(s)/hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 204 SEALED MOTION, 145 Second MOTION in Limine, 150 Sixth MOTION in Limine, 137 MOTION in Limine, 146 Third MOTION in Limine, 149 MOTION in Limine *regarding hearsay and confrontation issues*, 155 JOINDER (in [141, 142, 144, 145, 146, 147, 148, 150, and 151] Motions in Limine, for subpoenas pursuant to Rule 17(b), and trial brief filed on 9-21-09), 148 Fifth MOTION in Limine, 159 MOTION Emergency Motion Regarding Denny Patridge, 144 First MOTION in Limine, 205 SEALED MOTION, 206 MOTION to Exclude MENTION OF THE TESTIMONY OF VIKKI WIGGINS PRIOR TO A REASONABLE TIME AFTER PRODUCTION OF THE TRANSCRIPT OF HER TESTIMONY, 151 Seventh MOTION in Limine, 147 Fourth MOTION in Limine ) (Court Reporter: Tracy Washbourne) (pll, Dpty Clk) (Entered: 10/22/2009) |
| 10/21/2009 | 208 | ***Remark: *Deposition Transcript of Vikki Lynn Wiggins received by court* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/22/2009) |
| 10/24/2009 | 209 | PROPOSED VOIR DIRE by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 10/24/2009) |
| 10/24/2009 | 210 | MOTION to Quash *Testimony of Vikki Wiggins* by Oscar Amos Stilley (Stilley, Oscar) (Entered: 10/24/2009) |
| 10/24/2009 | 211 | BRIEF in Support of Motion (Re: 210 MOTION to Quash *Testimony of Vikki Wiggins* ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 10/24/2009) |
| 10/26/2009 | 212 | RESPONSE in Opposition to Motion (Re: 210 MOTION to Quash *Testimony of Vikki Wiggins* ) by USA as to Oscar Amos Stilley (O'Reilly, Charles) Modified on 10/27/2009 to remove Lindsey Kent Springer name from text, as his name should not have been selected, as this pleading does not pertain to him (tjc, Dpty Clk). (Entered: 10/26/2009) |

| | | |
|---|---|---|
| 10/26/2009 | 213 | NOTICE Regarding Defendants' Discovery by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 10/26/2009) |
| 10/26/2009 | 214 | SEALED DOCUMENT (s-srb, Dpty Clk) (Entered: 10/26/2009) |
| 10/26/2009 | 215 | MINUTES of Proceedings - held before Judge Stephen P Friot: Voir Dire/Jury Selection began as to Lindsey Kent Springer, Oscar Amos Stilley (Court Reporter: Tracy Washbourne) (pll, Dpty Clk) (Entered: 10/26/2009) |
| 10/26/2009 | 216 | MINUTES of Proceedings - held before Judge Stephen P Friot: Voir Dire/Jury Selection held on 10/26/2009 as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/26/2009) |
| 10/26/2009 | 217 | MINUTES of Proceedings - held before Judge Stephen P Friot: Jury Trial began as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/26/2009) |
| 10/26/2009 | 218 | MINUTES of Proceedings - held before Judge Stephen P Friot: Jury Trial held *, continued to following day*, setting/resetting scheduling order date(s): ( Jury Trial set for 10/27/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 10/26/2009) |
| 10/27/2009 | 220 | ORDER by Judge Stephen P Friot *ruling on Government's Oral Motion re: witness Philip Roberts* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) Modified on 10/27/2009 to correct title(pll, Dpty Clk). (Entered: 10/27/2009) |
| 10/27/2009 | 221 | MINUTES of Proceedings - held before Judge Stephen P Friot: Jury Trial held, ruling on motion(s)/document(s): #210 and 219 denied as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 210 MOTION to Quash *Testimony of Vikki Wiggins*, 219 JOINDER (in 210 Motion to Quash filed on 10/24/09) ) (cds, Dpty Clk) (Entered: 10/27/2009) |
| 10/28/2009 | 222 | MINUTES of Proceedings - held before Judge Stephen P Friot: Jury Trial held, setting/resetting deadline(s)/hearing(s): ( Jury Trial set for 10/29/2009 at 09:00 AM before Judge Stephen P Friot, Motion Hearing set for 11/3/2009 at 05:30 PM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (cds, Dpty Clk) (Entered: 10/28/2009) |
| 10/29/2009 | 223 | MINUTES of Proceedings - held before Judge Stephen P Friot: Jury Trial held, ruling on motion(s)/document(s): #145 and 149 Denied, setting/resetting scheduling order date(s): ( Jury Trial set for 10/30/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (Re: 145 Second MOTION in Limine, 149 MOTION in Limine *regarding hearsay and confrontation issues* ) (cds, Dpty Clk) (Entered: 10/30/2009) |
| 10/30/2009 | 229 | MINUTES of Proceedings - held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): ( Jury Trial set for 11/2/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (cds, Dpty Clk) (Entered: 11/03/2009) |
| 11/02/2009 | 230 | MINUTES of Proceedings - held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *continued to following day* ( Jury Trial set for 11/3/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (Court Reporter: Tracy Washbourne) (pll, Dpty Clk) (Entered: 11/03/2009) |

| | | |
|---|---|---|
| 11/03/2009 | 228 | NOTICE re: Proposed Jury Instructions by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) Modified on 11/4/2009 to correct event (tjc, Dpty Clk). (Entered: 11/03/2009) |
| 11/03/2009 | 231 | MINUTES of Proceedings - held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *continued to following day* ( Jury Trial set for 11/4/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/03/2009) |
| 11/03/2009 | 232 | JOINDER *in Springer's motion for reconsideration, dismissal, or mistrial* (in 224 ) as to Oscar Amos Stilley (Stilley, Oscar) (Entered: 11/03/2009) |
| 11/04/2009 | | NOTICE of Docket Entry Modification; Error: This was filed using the incorrect event (Proposed Jury Instructions); Correction: Edited docket text to reflect the correct event (Notice) (Re: 228 Proposed Jury Instructions ) as to Lindsey Kent Springer, Oscar Amos Stilley (tjc, Dpty Clk) (Entered: 11/04/2009) |
| 11/04/2009 | 233 | MINUTES of Proceedings - held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *(continued to following day)* ( Jury Trial set for 11/5/2009 at 08:15 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/04/2009) |
| 11/05/2009 | 234 | MINUTES of Proceedings - held before Judge Stephen P Friot: Jury Trial held *continued to following Monday*, setting/resetting scheduling order date(s): ( Jury Trial set for 11/9/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/05/2009) |
| 11/05/2009 | 235 | ORDER by Judge Stephen P Friot *re: USM and witnesses* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/06/2009) |
| 11/08/2009 | 237 | PROPOSED JURY INSTRUCTIONS *as to Venue* by USA as to Lindsey Kent Springer, Oscar Amos Stilley (Snoke, Kenneth) (Entered: 11/08/2009) |
| 11/08/2009 | 238 | ADOPTION *of Springer's requested jury instructions* (of 236 ) as to Oscar Amos Stilley (Stilley, Oscar) (Entered: 11/08/2009) |
| 11/09/2009 | 239 | MINUTES of Proceedings - held before Judge Stephen P Friot: Jury Trial held , *continued to following day*, setting/resetting scheduling order date(s): ( Jury Trial set for 11/10/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/09/2009) |
| 11/10/2009 | 240 | MINUTES of Proceedings - held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *continued to Thursday* ( Jury Trial set for 11/12/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/10/2009) |
| 11/12/2009 | 241 | MINUTES of Proceedings - held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *continued to following day* ( Jury Trial set for 11/13/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/12/2009) |
| 11/13/2009 | 242 | MINUTES of Proceedings - held before Judge Stephen P Friot: Jury Trial held, setting/resetting scheduling order date(s): *continued to following Monday* ( Jury Trial set for 11/16/2009 at 09:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/13/2009) |

| 11/16/2009 | 243 | MINUTES of Proceedings - held before Judge Stephen P Friot: Jury Trial completed, striking/terminating deadline(s)/hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (Court Reporter: Tracy Washbourne) (With attachments) (pll, Dpty Clk) (Entered: 11/17/2009) |
|---|---|---|
| 11/16/2009 | 244 | JURY INSTRUCTIONS by Judge Stephen P Friot as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/17/2009) |
| 11/16/2009 | 245 | JURY VERDICT as to Lindsey Kent Springer (1) Guilty on Count 1,2,3-4,5-6 and Oscar Amos Stilley (2) Guilty on Count 1,3-4 (pll, Dpty Clk) (Entered: 11/17/2009) |
| 11/16/2009 | 246 | SEALED EXHIBIT(S) to Order/Minutes (Re: 243 Minutes of Jury Trial Completed, Striking/Terminating Deadline(s)/Hearing(s) ) (pll, Dpty Clk) (Entered: 11/17/2009) |
| 11/17/2009 | 247 | ORDER by Judge Stephen P Friot *setting supplemental conditions following trial*, ruling re: modification of conditions of pretrial release as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/17/2009) |
| 11/20/2009 | 251 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Extending time to file for judgment of acquittal or new trial,* by Oscar Amos Stilley (Stilley, Oscar) (Entered: 11/20/2009) |
| 11/20/2009 | 252 | RESPONSE in Opposition to Motion (Re: 232 JOINDER *in Springer's motion for reconsideration, dismissal, or mistrial* (in 224 ), 224 MOTION to Reconsider ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 11/20/2009) |
| 11/23/2009 | 253 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #251 Granted (Re: 251 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Extending time to file for judgment of acquittal or new trial,* ) as to Oscar Amos Stilley (pll, Dpty Clk) (Entered: 11/23/2009) |
| 12/01/2009 | 254 | MOTION To provide transcript at public expense by Oscar Amos Stilley (Stilley, Oscar) (Entered: 12/01/2009) |
| 12/01/2009 | 255 | BRIEF in Support of Motion (Re: 254 MOTION To provide transcript at public expense ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 12/01/2009) |
| 12/07/2009 | 258 | REPLY to Response to Motion (Re: 232 JOINDER *in Springer's motion for reconsideration, dismissal, or mistrial* (in 224 ) ) by Oscar Amos Stilley (Stilley, Oscar) Modified on 12/10/2009 to seal PDF; Document STRICKEN per Order # 264 (tjc, Dpty Clk). (Entered: 12/08/2009) |
| 12/08/2009 | 259 | MOTION to Strike Document(s) (Re: 257 Reply to Response to Motion, 258 Reply to Response to Motion ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 12/08/2009) |
| 12/08/2009 | 261 | MOTION for Judgment of Acquittal *and,* MOTION for New Trial by Oscar Amos Stilley (With attachments) (Stilley, Oscar) Modified on 12/10/2009 to seal PDF; Document STRICKEN per Order # 264 (tjc, Dpty Clk). (Entered: 12/08/2009) |
| 12/08/2009 | 263 | BRIEF in Support of Motion (Re: 261 MOTION for Judgment of Acquittal *and* MOTION for New Trial ) by Oscar Amos Stilley (Stilley, Oscar) Modified on 12/10/2009 to seal PDF; Document STRICKEN per Order # 264 (tjc, Dpty Clk). (Entered: 12/08/2009) |

| | | |
|---|---|---|
| 12/09/2009 | 264 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #259 Granted, striking/withdrawing document(s) (Re: 259 MOTION to Strike Document(s), 261 MOTION for Judgment of Acquittal *and* MOTION for New Trial, 257 Reply to Response to Motion, 258 Reply to Response to Motion, 260 MOTION for Judgment of Acquittal, 262 MOTION for New Trial ) (Documents Terminated: 257 Reply to Response to Motion, 261 MOTION for Judgment of Acquittal *and* MOTION for New Trial, 258 Reply to Response to Motion, 260 MOTION for Judgment of Acquittal ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 12/09/2009) |
| 12/14/2009 | 267 | MOTION to Reconsider (Re: 264 Order,,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s), Striking/Withdrawing Document(s), Striking/Withdrawing Document(s),,, ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 12/14/2009) |
| 12/14/2009 | 268 | BRIEF in Support of Motion (Re: 267 MOTION to Reconsider ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 12/14/2009) |
| 12/15/2009 | 269 | RESPONSE in Opposition to Motion (Re: 267 MOTION to Reconsider ) by USA as to Oscar Amos Stilley (O'Reilly, Charles) (Entered: 12/15/2009) |
| 01/12/2010 | 278 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #254 Denied (Re: 254 MOTION To provide transcript at public expense ) as to Oscar Amos Stilley (pll, Dpty Clk) (Entered: 01/12/2010) |
| 01/22/2010 | 290 | SCHEDULING ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Sentencing set for 4/19/2010 at 10:00 AM before Judge Stephen P Friot) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 01/22/2010) |
| 01/25/2010 | 291 | ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): ( Sentencing set for 4/21/2010 at 10:00 AM before Judge Stephen P Friot) (Re: 290 Scheduling Order, Setting/Resetting Deadline(s)/Hearing(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 01/25/2010) |
| 01/28/2010 | 293 | OPINION AND ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #224,232,262,265,267,271,273,285 Denied (Re: 265 MOTION to Vacate/Set Aside *Order dated December 9, 2009* MOTION Reinstate Docket # 257 and # 260 as properly filed under Local Criminal Rules 12.1 MOTION 10 days from date of order to refile docket # 257 and # 260 in accordance with Local Civil Rule 7.2 including extended page number therein, 267 MOTION to Reconsider, 232 JOINDER *in Springer's motion for reconsideration, dismissal, or mistrial* (in 224 ), 262 MOTION for New Trial, 224 MOTION to Reconsider, 273 MOTION to Strike Document(s), 271 MOTION Disqualify, Recuse, Removal and for Random Reassignment, 285 MOTION to Strike Document(s) *276 and 277* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 01/28/2010) |
| 02/01/2010 | 294 | JOINDER (in [262, 265, 271, 272, 273, 274, 280, 281, 282, 283, 284, 285, 286, and 288] Multiple motions filed on 12/28/09 mostly) as to Oscar Amos Stilley (Stilley, Oscar) (Entered: 02/01/2010) |
| 02/01/2010 | 296 | MOTION to Modify Conditions of Pretrial Release by Oscar Amos Stilley (Stilley, Oscar) (Entered: 02/01/2010) |

| | | |
|---|---|---|
| 02/01/2010 | 297 | First MOTION to Strike Document(s) *by Stephen P. Friot or Claire V. Eagan, particularly* (Re: 278 Order, Ruling on Motion(s)/Document(s), 290 Scheduling Order, Setting/Resetting Deadline(s)/Hearing(s), 291 Order,, Setting/Resetting Deadline(s)/Hearing(s), Setting/Resetting Deadline(s)/Hearing(s),, 293 Opinion and Order,,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), 24 Order,, Reassigning Case,, Changing Case Number, 264 Order,,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Striking/Withdrawing Document(s), Striking/Withdrawing Document(s), Striking/Withdrawing Document(s),,, 247 Order, Ruling Re: Modification of Conditions of Pretrial Release ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 02/01/2010) |
| 02/02/2010 | 298 | BRIEF in Support of Motion (Re: 297 First MOTION to Strike Document(s) *by Stephen P. Friot or Claire V. Eagan, particularly*First MOTION to Strike Document(s) *by Stephen P. Friot or Claire V. Eagan, particularly*First MOTION to Strike Document(s) *by Stephen P. Friot or Claire V. Eagan, particularly*First MOTION to Strike Document(s) *by Stephen P. Friot or Claire V. Eagan, particularly*, 296 MOTION to Modify Conditions of Pretrial Release ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 02/02/2010) |
| 02/03/2010 | 299 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #296 denied (Re: 296 MOTION to Modify Conditions of Pretrial Release ) as to Oscar Amos Stilley (sjm, Dpty Clk) Modified on 2/4/2010 to remove Lindsey Kent Springer from text (lml, Dpty Clk). (Entered: 02/03/2010) |
| 02/03/2010 | 300 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #297 denied (Re: 297 First MOTION to Strike Document(s) *by Stephen P. Friot or Claire V. Eagan, particularly*First MOTION to Strike Document(s) *by Stephen P. Friot or Claire V. Eagan, particularly*First MOTION to Strike Document(s) *by Stephen P. Friot or Claire V. Eagan, particularly*First MOTION to Strike Document(s) *by Stephen P. Friot or Claire V. Eagan, particularly* #294 granted) as to Oscar Amos Stilley; (sjm, Dpty Clk) Modified on 2/3/2010 to correct entry ruling on #294 also(sjm, Dpty Clk). (Entered: 02/03/2010) |
| 02/03/2010 | 301 | NOTICE of Docket Entry Modification; Error: omitted ruling on docket #294; Correction: corrected entry to include ruling on docket #294 (Re: Ruling on Joinder in Motion ) as to Oscar Amos Stilley (sjm, Dpty Clk) (Entered: 02/03/2010) |
| 02/11/2010 | 309 | JOINDER (in [295, 306, 308] Motion to dismiss...., Motion for Stay..., Reply filed on 2/1/10, 2/8/10, 2/10/10) as to Oscar Amos Stilley (Stilley, Oscar) (Entered: 02/11/2010) |
| 02/12/2010 | 310 | RESPONSE in Opposition to Motion (Re: 306 MOTION Stay all Orders by Judge Friot pending determination by Surpeme Court in 09-8701, 309 JOINDER (in [295, 306, 308] Motion to dismiss...., Motion for Stay..., Reply filed on 2/1/10, 2/8/10, 2/10/10) ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 02/12/2010) |
| 02/22/2010 | 312 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #280, 282, 284, 306 Denied, #309 Granted (Re: 282 MOTION to Dismiss Count(s) Two, Three, Four, Five and Six *for Lack of Article III Subject Matter Jurisdiction, Article III Jurisdiction of the Facts and Article III Venue*, 306 MOTION Stay all Orders by Judge Friot pending determination by Surpeme Court in 09-8701, 280 MOTION to Dismiss Count(s) ONE *for lack of Article III Subject Matter Jurisdiction, Article III* |

| | | |
|---|---|---|
| | | *Jurisdiction of the Facts and Article III Venue*, 309 JOINDER (in [295, 306, 308] Motion to dismiss...., Motion for Stay..., Reply filed on 2/1/10, 2/8/10, 2/10/10), 284 MOTION to Dismiss Indictment/Information/Complaint *for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in MOTION to Dismiss Indictment/Information/Complaint for lack of Article III Standing of United States of America, (2) lack of Article III Case or Controversy, (3) for violation of Title 28, United States Code, Section 547, and accompanying brief in ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 02/22/2010)* |
| 02/23/2010 | 313 | ORDER by Judge Stephen P Friot *re: consideration of non-standard conditions of supervised release* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 02/23/2010) |
| 02/25/2010 | 314 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #295 Denied (Re: 295 MOTION to Dismiss Count(s) One, Two, Three, Four, Five and Six *regarding regulations not in compliance with APA* ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 02/25/2010) |
| 03/16/2010 | 315 | SEALED DOCUMENT (O'Reilly, Charles) (Entered: 03/16/2010) |
| 03/25/2010 | 316 | ORDER by Judge Stephen P Friot, ruling re: modification of conditions of pretrial release as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) Modified on 3/25/2010 to add PDF (pll, Dpty Clk). (Entered: 03/25/2010) |
| 03/25/2010 | 317 | NOTICE of Docket Entry Modification; Error: Document not attached; Correction: Attached document and included here (Re: 316 Order, Ruling Re: Modification of Conditions of Pretrial Release ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 03/25/2010) |
| 03/30/2010 | 318 | NOTICE *Regarding Defendants'* Reference to Variance in Objections to PSIR by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 03/30/2010) |
| 03/30/2010 | 319 | EXHIBIT LIST *and Witness List for Sentencing* by USA as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 03/30/2010) |
| 03/30/2010 | 320 | SEALED DOCUMENT (Stilley, Oscar) (Entered: 03/30/2010) |
| 04/06/2010 | 326 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to continue sentencing until proper notice has been given* by Oscar Amos Stilley (Stilley, Oscar) (Entered: 04/06/2010) |
| 04/07/2010 | 328 | RESPONSE in Opposition to Motion (Re: 326 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to continue sentencing until proper notice has been given* ) by USA as to Oscar Amos Stilley (O'Reilly, Charles) (Entered: 04/07/2010) |
| 04/07/2010 | 329 | ORDER by Judge Stephen P Friot, setting/resetting deadline(s)/hearing(s): *(Government's response deadline to Stilley's Motion to Continue Sentencing [Dkt. #326])* ( Miscellaneous Deadline set for 4/13/2010 as to Oscar Amos Stilley (djh, Dpty Clk) (Entered: 04/07/2010) |
| 04/08/2010 | 330 | REPLY to Response to Motion (Re: 326 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to continue sentencing until proper notice has been given* ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 04/08/2010) |

| | | |
|---|---|---|
| 04/09/2010 | 331 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #326 Denied (Re: 326 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *to continue sentencing until proper notice has been given* ) as to Oscar Amos Stilley Modified on 4/23/2010 to show Oscar Amos Stilley as single filer(cds, Dpty Clk). (Entered: 04/09/2010) |
| 04/16/2010 | 333 | SEALED DOCUMENT (O'Reilly, Charles) (Entered: 04/16/2010) |
| 04/23/2010 | 336 | MINUTES of Proceedings - held before Judge Stephen P Friot: Sentencing held on 4/23/2010, striking/terminating deadline(s)/hearing(s) as to Lindsey Kent Springer, Oscar Amos Stilley (Court Reporter: Tracy Washbourne) (With attachments) (pll, Dpty Clk) (Entered: 04/28/2010) |
| 04/23/2010 | 348 | NOTICE OF APPEAL to Circuit Court (Re: 338 Judgment and Commitment, Entering Judgment ) as to Oscar Amos Stilley (s-srl, Dpty Clk) Modified on 4/30/2010 to correct file date (s-srl, Dpty Clk). (Entered: 04/30/2010) |
| 04/27/2010 | 334 | ORDER by Judge Stephen P Friot *entered without prejudice to the right of standby counsel to apply for compensation for their services*, terminating attorney Charles Robert Burton, IV and Robert Scott Williams as to Lindsey Kent Springer, Oscar Amos Stilley (djh, Dpty Clk) (Entered: 04/27/2010) |
| 04/27/2010 | 335 | ***Remark: *Order [Dkt. #334] mailed to each defendant c/o David L. Moss Correctional Center, 300 N. Denver Ave., Tulsa, OK 74103* (Re: 334 Order,, Adding/Terminating Attorney(s), Adding/Terminating Attorney(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (djh, Dpty Clk) (Entered: 04/27/2010) |
| 04/28/2010 | 338 | JUDGMENT AND COMMITMENT by Judge Stephen P Friot, entering judgment as to Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/28/2010) |
| 04/30/2010 | 346 | ORDER by Judge Stephen P Friot *re: mailing addresses* as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/30/2010) |
| 04/30/2010 | 349 | PRELIMINARY RECORD Sent to Circuit Court (Re: 348 Notice of Appeal to Circuit Court ) as to Oscar Amos Stilley (With attachments) (s-srl, Dpty Clk) (Entered: 04/30/2010) |
| 04/30/2010 | | NOTICE of Docket Entry Modification; Error: incorrect file date; Correction: corrected file date (Re: 348 Notice of Appeal to Circuit Court ) as to Oscar Amos Stilley (s-srl, Dpty Clk) (Entered: 04/30/2010) |
| 04/30/2010 | 353 | Amended PRELIMINARY RECORD Sent to Circuit Court (Re: 348 Notice of Appeal to Circuit Court, 349 Preliminary Record Sent ) as to Oscar Amos Stilley (With attachments) (s-srl, Dpty Clk) (Entered: 04/30/2010) |
| 04/30/2010 | 355 | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 10-5057 (#348) (Re: 348 Notice of Appeal to Circuit Court ) as to Oscar Amos Stilley (sam, Dpty Clk) (Entered: 05/03/2010) |
| 05/06/2010 | 362 | ORDER from Circuit Court *partially consolidating appeals* (Re: 348 Notice of Appeal to Circuit Court, 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) (Entered: 05/06/2010) |
| 05/28/2010 | 366 | MOTION to Unseal Document(s) (Re: 203 Sealed Order, 186 Sealed Order, 181 SEALED MOTION, 182 Sealed Document, 202 SEALED MOTION ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 05/28/2010) |

| | | |
|---|---|---|
| 06/03/2010 | 370 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #366 Granted, unsealing document(s) (Re: 366 MOTION to Unseal Document(s), 182 Sealed Document, 186 Sealed Order, 203 Sealed Order, 181 SEALED MOTION, 202 SEALED MOTION ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 06/03/2010) |
| 06/08/2010 | 373 | MOTION to Withdraw Attorney(s) *Kenneth P. Snoke* by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 06/08/2010) |
| 06/08/2010 | 374 | ORDER by Judge Stephen P Friot, terminating attorney Kenneth P Snoke, ruling on motion(s)/document(s): #373 Granted (Re: 373 MOTION to Withdraw Attorney(s) ) as to Lindsey Kent Springer, Oscar Amos Stilley (pll, Dpty Clk) (Entered: 06/08/2010) |
| 06/10/2010 | 379 | MINUTE ORDER by Court Clerk, directing Jerold W. Barringer to file by July 1, 2010 a Motion for Admission Pro Hac Vice per Local Civil Rule 83.2. Additionally, if you intend to practice in this district in the future and want to become a member of this district, please submit an application for attorney admission. as to Lindsey Kent Springer, Oscar Amos Stilley (lal, Dpty Clk) (Entered: 06/10/2010) |
| 06/11/2010 | | MAIL to Oscar Amos Stilley Returned - marked return to sender - not in custody. Remailed on 6/14/10 to FCI Forrest Low, P O BOX 9000, FORREST CITY, AR 72336 - new address obtained from BOP website. (Re: 370 Order,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), Unsealing Document(s), Unsealing Document(s) ) as to Oscar Amos Stilley (s-srl, Dpty Clk) (Entered: 06/14/2010) |
| 06/16/2010 | 380 | Supplemental CERTIFICATE of Service *Due to Returned Mail* (Re: 375 Response in Opposition to Motion, 373 MOTION to Withdraw Attorney(s), 366 MOTION to Unseal Document(s) ) by USA as to Lindsey Kent Springer, Oscar Amos Stilley (O'Reilly, Charles) (Entered: 06/16/2010) |
| 06/16/2010 | | MAIL to Oscar Amos Stilley, David L. Moss Criminal Justice Center, 300 N Denver, Tulsa, OK 74103 Returned - marked Return to Sender - not in custody. Remailed on 06/17/10 to FCI Forrest City Low, PO Box 9000, Forrest City, AR 72336 - New address obtained from BOP Website. (Re: 376 Order, Ruling on Motion(s)/Document(s), 377 Order,, Ruling on Motion(s)/Document(s), Ruling on Motion(s)/Document(s), 374 Order, Adding/Terminating Attorney(s), Ruling on Motion(s)/Document(s) ) as to Oscar Amos Stilley (sdc, Dpty Clk) Modified on 6/18/2010 to remove additional Defendant (sdc, Dpty Clk). (Entered: 06/17/2010) |

| 07/12/2010 | 382 | TRANSCRIPT of Proceedings (Unredacted) of Motion Hearing held on 04/22/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 132). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal 43 Minutes of Motion Hearing, Minutes of Scheduling Conference, Ruling on Motion(s)/Document(s), Taking Motion(s) Under Advisement, Setting/Resetting Deadline(s)/Hearing(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk). Modified on 7/13/2010 to create link to 340 (sac, Dpty Clk). Modified on 10/14/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 383 | TRANSCRIPT of Proceedings (Unredacted) of Motion Hearing held on 07/02/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 159). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, 100 Minutes of Motion Hearing, Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 384 | TRANSCRIPT of Proceedings (Unredacted) of Pretrial Hearing held on 10/21/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 139). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, 207 Minutes of Motion Hearing, Minutes of Pretrial Conference, Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 385 | TRANSCRIPT of Proceedings (Unredacted) of Voir Dire and Jury Trial held on 10/26/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne)(Pages: 1 to 242)(Re: 217 Minutes of Jury Trial Begun, 340 Notice of Appeal to Circuit Court, 218 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s), 216 Minutes of Voir Dire/Jury Selection Held) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk)(See Court Clerk to view this transcript) Modified on 7/13/2010 to include that Voir Dire is included in this transcript (sac, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 386 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 10/27/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 243 to 515). |

| | | |
|---|---|---|
| | | NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, 221 Minutes of Jury Trial Held, Ruling on Motion(s)/Document(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 387 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 10/28/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 516 to 640). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 222 Minutes of Jury Trial Held, Setting/Resetting Deadline(s)/Hearing(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 388 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 10/29/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 641 to 880). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, 223 Minutes of Jury Trial Held, Ruling on Motion(s)/Document(s), Setting/Resetting Scheduling Order Date(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 389 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 10/30/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 881 to 1130). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 229 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s) 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 390 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/02/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 1131 to 1327). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without |

| | | |
|---|---|---|
| | | redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 230 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s), 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 391 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/03/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 1328 to 1608). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, 231 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 392 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/04/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 1609 to 1934). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 233 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 393 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/05/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 1935 to 2202). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, 234 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | 394 | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/09/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 2203 to 2454). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review |

| | | |
|---|---|---|
| | | for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 239 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | [395](#) | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/10/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 2455 to 2669). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 240 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | [396](#) | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/12/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 2670 to 2949). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 241 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | [397](#) | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/13/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 2950 to 3056). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, 242 Minutes of Jury Trial Held, Setting/Resetting Scheduling Order Date(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | [398](#) | TRANSCRIPT of Proceedings (Unredacted) of Jury Trial held on 11/16/2009 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 3057 to 3090). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge |

| | | |
|---|---|---|
| | | or may purchase a copy from the court reporter. (Re: 340 Notice of Appeal to Circuit Court, <u>243</u> Minutes of Jury Trial Completed, Striking/Terminating Deadline(s)/Hearing(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | <u>399</u> | TRANSCRIPT of Proceedings (Unredacted) of Sentencing held on 04/21/2010 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 1 to 210). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: <u>336</u> Minutes of Sentencing, Striking/Terminating Deadline(s)/Hearing(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | <u>400</u> | TRANSCRIPT of Proceedings (Unredacted) of Sentencing held on 04/22/2010 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 211 to 390). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: <u>336</u> Minutes of Sentencing, Striking/Terminating Deadline(s)/Hearing(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/12/2010 | <u>401</u> | TRANSCRIPT of Proceedings (Unredacted) of Sentencing held on 04/23/2010 before Judge Stephen P Friot (Court Reporter: Tracy Washbourne) (Pages: 391 to 469). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: <u>336</u> Minutes of Sentencing, Striking/Terminating Deadline(s)/Hearing(s), 340 Notice of Appeal to Circuit Court) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 10/15/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 07/12/2010) |
| 07/15/2010 | | MAIL to Oscar Amos Stilley, David L. Moss Criminal Justic Center, 300 N Denver, Tulsa OK 74103 Returned - marked return to sender - not in custody. Remailed on 7/15/10 - FCI Forrest City Low, PO Box 9000, Forrest City, AR 72336. (Re: 379 Order, Directing Attorney to File PHV Motion,, ) as to Oscar Amos Stilley (sdc, Dpty Clk) Modified on 7/16/2010 ro remove reference to Lindsey Springer (sdc, Dpty Clk). (Entered: 07/15/2010) |

| 07/26/2010 | 412 | RECORD on Appeal Sent to Circuit Court (Record includes: 4 volumes) (Re: 348 Notice of Appeal to Circuit Court, 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer, Oscar Amos Stilley (With attachments) (s-srt, Dpty Clk) (Entered: 07/26/2010) |
|---|---|---|
| 08/17/2010 | 418 | ORDER by Judge Stephen P Friot *titled: Memorandum of approval, with modification, of claim for professional services* as to Oscar Amos Stilley (pll, Dpty Clk) (Entered: 08/17/2010) |
| 09/09/2010 | 421 | ATTORNEY APPEARANCE by Jeffrey Andrew Gallant on behalf of USA (Gallant, Jeffrey) (Entered: 09/09/2010) |
| 09/13/2010 | 422 | TRANSCRIPT of Proceedings (Unredacted) of Miscellaneous Hearing held on 03/30/2009 before Magistrate Judge Paul J Cleary (Court Reporter: Tracy Washbourne) (Pages: 1-36). NOTICE RE REDACTION OF TRANSCRIPTS: A party must file a Transcript Redaction Request within 21 calendar days. If a party fails to request redaction, this unredacted transcript may be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the court public terminal at no charge or may purchase a copy from the court reporter. (Re: 23 Minutes of Miscellaneous Hearing, Ruling on Motion(s)/Document(s), Striking/Terminating Deadline(s)/Hearing(s)) as to Lindsey Kent Springer, Oscar Amos Stilley (sam, Dpty Clk) Modified on 12/20/2010 to remove transcript access restriction (a-hc, Dpty Clk). (Entered: 09/13/2010) |
| 02/24/2011 | 443 | MOTION for Order Prohibiting Government from Interference with Stilley's Receipt and Use of Computers, Peripherals, Internet Access, Tax Addresses, Forms and Other Items Useful for Peacefully Petitioning for the Redress of Grievances by Oscar Amos Stilley (s-srl, Dpty Clk) (Entered: 02/24/2011) |
| 03/14/2011 | 444 | RESPONSE in Opposition to Motion (Re: 443 MOTION for Order Prohibiting Government from Interference with Stilley's Receipt and Use of Computers, Peripherals, Internet Access, Tax Addresses, Forms and Other Items Useful for Peacefully Petitioning for the Redress of Grievances ) by USA as to Oscar Amos Stilley (O'Reilly, Charles) (Entered: 03/14/2011) |
| 03/29/2011 | 450 | MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Extension of Time to Reply to Response* (Re: 444 Response in Opposition to Motion, 443 MOTION for Order Prohibiting Government from Interference with Stilley's Receipt and Use of Computers, Peripherals, Internet Access, Tax Addresses, Forms and Other Items Useful for Peacefully Petitioning for the Redress of Grievances ) by Oscar Amos Stilley (sdc, Dpty Clk) (Entered: 03/29/2011) |
| 03/30/2011 | 451 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #450 Granted (Re: 450 MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Extension of Time to Reply to Response* MOTION to Accelerate/Extend/Reset Hearing(s)/Deadline(s) *Extension of Time to Reply to Response*, 443 MOTION for Order Prohibiting Government from Interference with Stilley's Receipt and Use of Computers, Peripherals, Internet Access, Tax Addresses, Forms and Other Items Useful for Peacefully Petitioning for the Redress of Grievances ) as to Oscar Amos Stilley (pll, Dpty Clk) (Entered: 03/30/2011) |

| | | |
|---|---|---|
| 04/15/2011 | 453 | ***Remark: *received copy of Docket 443 that was mailed to 10th Circuit and forwarded to USDC WD/OK* as to Oscar Amos Stilley (sdc, Dpty Clk). (Entered: 04/18/2011) |
| 04/18/2011 | 454 | REPLY to Response to Motion (Re: 443 MOTION for Order Prohibiting Government from Interference with Stilley's Receipt and Use of Computers, Peripherals, Internet Access, Tax Addresses, Forms and Other Items Useful for Peacefully Petitioning for the Redress of Grievances ) by Oscar Amos Stilley (s-srl, Dpty Clk) (Entered: 04/18/2011) |
| 04/20/2011 | 455 | ORDER by Judge Stephen P Friot, ruling on motion(s)/document(s): #443 Denied (Re: 443 MOTION for Order Prohibiting Government from Interference with Stilley's Receipt and Use of Computers, Peripherals, Internet Access, Tax Addresses, Forms and Other Items Useful for Peacefully Petitioning for the Redress of Grievances ) as to Oscar Amos Stilley (pll, Dpty Clk) (Entered: 04/20/2011) |
| 10/26/2011 | 460 | DECISION from Circuit Court affirming the Decision of the District Court (awaiting mandate) (Re: 348 Notice of Appeal to Circuit Court, 428 Notice of Appeal to Circuit Court, 447 Notice of Appeal to Circuit Court, 340 Notice of Appeal to Circuit Court ) as to Lindsey Kent Springer, Oscar Amos Stilley (sdc, Dpty Clk) (Entered: 10/26/2011) |
| 12/20/2011 | 463 | MANDATE from Circuit Court (Re: 348 Notice of Appeal to Circuit Court, 460 Decision from Circuit Court, ) as to Oscar Amos Stilley (sdc, Dpty Clk) (Entered: 12/20/2011) |
| 05/22/2012 | 465 | MOTION for Release of Oscar Amos Stilley by Martha Durossette as to Oscar Amos Stilley (sdc, Dpty Clk) Modified on 5/25/2012 - **STRICKEN per 466** (tjc, Dpty Clk). (Entered: 05/23/2012) |
| 05/24/2012 | 466 | ORDER by Judge Stephen P Friot, striking/withdrawing document(s) (Re: 465 MOTION for Release of Oscar Amos Stilley ) (Documents Terminated: 465 MOTION for Release of Oscar Amos Stilley ) as to Oscar Amos Stilley (cds, Dpty Clk) (Entered: 05/24/2012) |
| 05/29/2012 | 467 | MAIL to Martha Durossette Returned - address was changed to address unknown. (Re: 466 Order, Striking/Withdrawing Document(s) ) as to Oscar Amos Stilley (s-srt, Dpty Clk) (Entered: 05/31/2012) |
| 06/01/2012 | | MAIL Resent to Martha Durossette at 506 S Caddo, Muldrow, OK 74948 (Re: 466 Order, Striking/Withdrawing Document(s) ) as to Oscar Amos Stilley (s-srt, Dpty Clk) (Entered: 06/01/2012) |
| 05/03/2016 | 617 | MOTION regarding visitation rights of Oscar Stilley by Martha Durossette as to Oscar Amos Stilley (jln, Dpty Clk) Modified on 5/6/2016- **STRICKEN per  618** (sac, Dpty Clk). (Entered: 05/04/2016) |
| 05/05/2016 | 618 | ORDER by Judge Stephen P Friot , striking/withdrawing document(s) (Re: 617 MOTION regarding visitation rights of Oscar Stilley ) (Documents Terminated: 617 MOTION regarding visitation rights of Oscar Stilley ) as to Oscar Amos Stilley (kjp, Dpty Clk) (Entered: 05/05/2016) |
| 05/06/2016 | | ***Remark: *Copy of Order #618 mailed to Oscar Amos Stilley* (Re: 618 Order,, Striking/Withdrawing Document(s), ) as to Oscar Amos Stilley (jln, Dpty Clk) (Entered: 05/06/2016) |

| | | |
|---|---|---|
| 05/16/2016 | 619 | MAIL to Oscar Amos Stilley Returned - remailed on 5/17/16 to FCI Oakdale I, PO BOX 5000, OAKDALE, LA 71463 - new address obtained from BOP website. (Re: 618 Order, Striking/Withdrawing Document(s),, ) as to Oscar Amos Stilley (jln, Dpty Clk) (Entered: 05/17/2016) |
| 12/11/2017 | 624 | MAIL to Oscar Amos Stilley Returned - remailed on 12/11/17 to FCI Beaumont Low, PO BOX 26020, BEAUMONT, TX 77720 - new address obtained from BOP website. (Re: #622 and #623) as to Oscar Amos Stilley (2) (jln, Dpty Clk) (Entered: 12/11/2017) |
| 01/29/2018 | 631 | MOTION for Hearing by Martha Durossette as to Oscar Amos Stilley (2) (sc, Dpty Clk) Modified on 2/1/2018- **STRICKEN per  633** (srt, Dpty Clk). (Entered: 01/29/2018) |
| 01/31/2018 | 633 | ORDER by Judge Stephen P Friot , striking/withdrawing document(s) (Re: 631 MOTION for Hearing ) (Documents Terminated: 631 MOTION for Hearing ) as to Oscar Amos Stilley (2) (kjp, Dpty Clk) (Entered: 01/31/2018) |
| 07/12/2018 | 651 | MAIL to Oscar Amos Stilley Returned - remailed on 1/16/18 - FCI Yazoo City Low, PO BOX 5000, YAZOO CITY, MS 39194 - new address obtained from BOP website. (Re: #645 and #646) as to Oscar Amos Stilley (2) (jln, Dpty Clk) (Entered: 07/16/2018) |
| 07/23/2018 | 652 | MAIL to Oscar Amos Stilley Returned - remailed on 7/23/2018 to FCI Yazoo City Low, PO BOX 5000, YAZOO CITY, MS 39194 - new address obtained form previous entry. (Re: #648) as to Oscar Amos Stilley (2) (jln, Dpty Clk) (Entered: 07/23/2018) |
| 05/11/2021 | 693 | NOTICE of Change of Address as to Oscar Amos Stilley (Stilley, Oscar) (Entered: 05/11/2021) |
| 05/12/2021 | 694 | MOTION for Reduction of Sentence *Pursuant to 18 USC 3582(c)* by Oscar Amos Stilley (With attachments) (Stilley, Oscar) (Entered: 05/12/2021) |
| 05/12/2021 | 695 | BRIEF in Support of Motion (Re: 694 MOTION for Reduction of Sentence *Pursuant to 18 USC 3582(c)* ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 05/12/2021) |
| 05/12/2021 | 696 | ORDER by Judge Stephen P Friot , setting/resetting deadline(s)/hearing(s): ( Responses due by 7/16/2021) (Re: 694 MOTION for Reduction of Sentence *Pursuant to 18 USC 3582(c)* ) as to Oscar Amos Stilley (kjp, Dpty Clk) (Entered: 05/12/2021) |
| 07/07/2021 | 698 | RESPONSE in Opposition to Motion (Re: 694 MOTION for Reduction of Sentence *Pursuant to 18 USC 3582(c)* ) by USA as to Oscar Amos Stilley (O'Reilly, Charles) (Entered: 07/07/2021) |
| 07/21/2021 | 699 | REPLY to Response to Motion (Re: 694 MOTION for Reduction of Sentence *Pursuant to 18 USC 3582(c)* ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 07/21/2021) |
| 07/26/2021 | 700 | ORDER by Judge Stephen P Friot *denying defendants Motion for Reduction of Sentence (Doc. 694)*, ruling on motion(s)/document(s): #694 denied (Re: 694 MOTION for Reduction of Sentence *Pursuant to 18 USC 3582(c)* ) as to Oscar Amos Stilley (alg, Dpty Clk) (Entered: 07/26/2021) |
| 09/01/2021 | 701 | MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 by Oscar Amos Stilley (Stilley, Oscar)<br>Civil case 4:21-cv-00361 opened. (Entered: 09/01/2021) |

| 09/02/2021 | 702 | MOTION Disclose co-defendant's address, show authority for Friot to preside, 30 day stay of proceedings by Oscar Amos Stilley (Stilley, Oscar) (Entered: 09/02/2021) |
|---|---|---|
| 09/02/2021 | 703 | MINUTE ORDER by Judge Stephen P Friot (Re: 701 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) as to Oscar Amos Stilley (sc, Dpty Clk) (Entered: 09/02/2021) |
| 09/02/2021 | 704 | ORDER by Judge Stephen P Friot , setting/resetting deadline(s)/hearing(s): ( Responses due by 9/30/2021) (Re: 702 MOTION Disclose co-defendant's address, show authority for Friot to preside, 30 day stay of proceedings , 701 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) as to Oscar Amos Stilley (alg, Dpty Clk) (Entered: 09/02/2021) |
| 09/07/2021 | 705 | MOTION to Dismiss Defendants Verified Motion under 28 U.S.C. § 2255 as Untimely and in Violation of Local Rules (Re: 701 MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 ) by USA as to Oscar Amos Stilley (O'Reilly, Charles) Modified on 9/8/2021 to create link to doc 701 (sc, Dpty Clk). (Entered: 09/07/2021) |
| 09/07/2021 | 706 | ORDER by Judge Stephen P Friot , setting/resetting deadline(s)/hearing(s): ( Responses due by 10/5/2021) (Re: 705 MOTION to Dismiss Defendants Verified Motion under 28 U.S.C. § 2255 as Untimely and in Violation of Local Rules ) as to Oscar Amos Stilley (alg, Dpty Clk) (Entered: 09/07/2021) |
| 09/08/2021 | 707 | MOTION to Dismiss Defendant Oscar Stilley's Motion to Stay Proceedings and for Determination of Who is the Lawfully Authorized Judge on this Case (Re: 702 MOTION Disclose co-defendant's address, show authority for Friot to preside, 30 day stay of proceedings ) by USA as to Oscar Amos Stilley (O'Reilly, Charles) (Entered: 09/08/2021) |
| 09/14/2021 | 708 | MOTION to Clarify *Whether or Not Response to Motion is Required Absent Scheduling Order*, MOTION for Extension of Time to Respond to Motion (Re: 707 MOTION to Dismiss Defendant Oscar Stilley's Motion to Stay Proceedings and for Determination of Who is the Lawfully Authorized Judge on this Case ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 09/14/2021) |
| 09/16/2021 | 709 | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): Motion #708 Granted, setting/resetting deadline(s)/hearing(s): ( Responses due by 10/14/2021) (Re: 708 MOTION to Clarify *Whether or Not Response to Motion is Required Absent Scheduling Order* MOTION for Extension of Time to Respond to Motion , 707 MOTION to Dismiss Defendant Oscar Stilley's Motion to Stay Proceedings and for Determination of Who is the Lawfully Authorized Judge on this Case ) as to Oscar Amos Stilley (kjp, Dpty Clk) (Entered: 09/16/2021) |
| 10/04/2021 | 710 | MOTION for Extension of Time to Respond to Motion *up through and including 11-30-2021* (Re: 707 MOTION to Dismiss Defendant Oscar Stilley's Motion to Stay Proceedings and for Determination of Who is the Lawfully Authorized Judge on this Case , 705 MOTION to Dismiss Defendants Verified Motion under 28 U.S.C. § 2255 as Untimely and in Violation of Local Rules ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 10/04/2021) |
| 10/05/2021 | 711 | RESPONSE in Opposition to Motion (Re: 710 MOTION for Extension of Time to Respond to Motion *up through and including 11-30-2021* ) by USA as to Oscar Amos Stilley (With attachments) (O'Reilly, Charles) (Entered: 10/05/2021) |

| 10/05/2021 | [712](#) | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #710 granted in part and denied in part, setting/resetting deadline(s)/hearing(s): ( Responses due by 10/20/2021) (Re: [710](#) MOTION for Extension of Time to Respond to Motion *up through and including 11-30-2021*, [705](#) MOTION to Dismiss Defendants Verified Motion under 28 U.S.C. § 2255 as Untimely and in Violation of Local Rules ) as to Oscar Amos Stilley (alg, Dpty Clk) (Entered: 10/05/2021) |
| 10/20/2021 | [713](#) | RESPONSE in Opposition to Motion (Re: [705](#) MOTION to Dismiss Defendants Verified Motion under 28 U.S.C. § 2255 as Untimely and in Violation of Local Rules ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 10/20/2021) |
| 10/20/2021 | [714](#) | RESPONSE in Opposition to Motion (Re: [707](#) MOTION to Dismiss Defendant Oscar Stilley's Motion to Stay Proceedings and for Determination of Who is the Lawfully Authorized Judge on this Case ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 10/20/2021) |
| 10/25/2021 | [715](#) | MOTION for Writ of Garnishment as to Cornerstone Structural Engineering, Inc. by USA as to Oscar Amos Stilley [Note: Attorney Vani Singhal added to party USA(pty:pla).] (Singhal, Vani) (Entered: 10/25/2021) |
| 10/25/2021 | | ***Motion(s) Referred to Magistrate Judge Christine D Little (Re: [715](#) MOTION for Writ of Garnishment as to Cornerstone Structural Engineering, Inc. ) as to Oscar Amos Stilley (sc, Dpty Clk) (Entered: 10/26/2021) |
| 10/26/2021 | 716 | MINUTE ORDER by Magistrate Judge Christine D Little , ruling on motion(s)/document(s): #715 granted (Re: [715](#) MOTION for Writ of Garnishment as to Cornerstone Structural Engineering, Inc. ) as to Oscar Amos Stilley <span style="color:red">(This entry is the Official Order of the Court. No document is attached.)</span> (tjc, Dpty Clk) (Entered: 10/26/2021) |
| 10/26/2021 | [717](#) | WRIT of Garnishment Issued by Magistrate Judge Christine D Little as to Cornerstone Structural Engineering, Inc. as to Oscar Amos Stilley (tjc, Dpty Clk) (Entered: 10/26/2021) |
| 11/04/2021 | [718](#) | GARNISHEE'S ANSWER by Cornerstone Structural Engineering, Inc. as to Oscar Amos Stilley (lmt, Dpty Clk) (Entered: 11/04/2021) |
| 11/04/2021 | [719](#) | ORDER by Judge Stephen P Friot , ruling on motion(s)/document(s): #701 dismissed, #702 dismissed, #705 granted, #707 granted, denying certificate of appealability (Re: [707](#) MOTION to Dismiss Defendant Oscar Stilley's Motion to Stay Proceedings and for Determination of Who is the Lawfully Authorized Judge on this Case , [705](#) MOTION to Dismiss Defendants Verified Motion under 28 U.S.C. § 2255 as Untimely and in Violation of Local Rules , [701](#) MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 , [702](#) MOTION Disclose co-defendant's address, show authority for Friot to preside, 30 day stay of proceedings ) as to Oscar Amos Stilley (alg, Dpty Clk) (Entered: 11/04/2021) |
| 11/04/2021 | [720](#) | JUDGMENT by Judge Stephen P Friot *dismissing defendant Oscar Amos Stilley's Motion to Vacate Sentence*, entering judgment as to Oscar Amos Stilley (alg, Dpty Clk) (Entered: 11/04/2021) |
| 11/14/2021 | [721](#) | MOTION Transfer garnishment to district of residence by Oscar Amos Stilley (Stilley, Oscar) (Entered: 11/14/2021) |

| | | |
|---|---|---|
| 11/24/2021 | 722 | MOTION to Quash *Garnishment* by Oscar Amos Stilley (Stilley, Oscar) (Entered: 11/24/2021) |
| 11/24/2021 | 723 | BRIEF in Support of Motion (Re: 722 MOTION to Quash *Garnishment* ) by Oscar Amos Stilley (Stilley, Oscar) (Entered: 11/24/2021) |
| 11/24/2021 | | ***Motion(s) Referred to Magistrate Judge Christine D Little (Re: 722 MOTION to Quash *Garnishment* ) as to Oscar Amos Stilley (sc, Dpty Clk) (Entered: 12/01/2021) |
| 12/08/2021 | 724 | ORDER by Judge Stephen P Friot *granting defendant's Motion for Transfer of Garnishment Proceedings (Doc. 721). The Clerk of the Court is directed to effect the transfer of garnishment proceedings to the Western District of Arkansas*, ruling on motion(s)/document(s): #721 granted, directing court clerk to take action (Re: 721 MOTION Transfer garnishment to district of residence ) as to Oscar Amos Stilley (alg, Dpty Clk) (Entered: 12/08/2021) |
| 12/09/2021 | | ***Remark: *garnishment proceedings transferred to USDC WD/AR and opened as case #2:21-mc-00107-PKH* (Re: 724 Order, Ruling on Motion(s)/Document(s), Directing Court Clerk to Take Action,,, ) as to Oscar Amos Stilley (srt, Dpty Clk) (Entered: 12/09/2021) |
| 01/01/2022 | 725 | NOTICE OF APPEAL to Circuit Court (Re: 720 Judgment, Entering Judgment, 719 Order, Ruling on Motion(s)/Document(s), Denying Certificate of Appealability as to Oscar Amos Stilley (Stilley, Oscar) Modified on 1/3/2022 to remove links to doc #'s 278, 136, 43, 455, 111, 100, 293, 338, 24, 264, 207 and 331 (sc, Dpty Clk). (Entered: 01/01/2022) |
| 01/03/2022 | | NOTICE of Docket Entry Modification; Error: Linked to the incorrect documents; Correction: Removed link to Doc #'s 278, 136, 43, 455, 111, 100, 293, 338, 24, 264, 207 and 331 (Re: 725 Notice of Appeal to Circuit Court, ) as to Oscar Amos Stilley (sc, Dpty Clk) (Entered: 01/03/2022) |
| 01/03/2022 | 726 | PRELIMINARY RECORD Sent to Circuit Court (Re: 725 Notice of Appeal to Circuit Court, ) as to Oscar Amos Stilley (With attachments) (sc, Dpty Clk) (Entered: 01/03/2022) |
| 01/03/2022 | 727 | APPEAL NUMBER INFORMATION from Circuit Court assigning Case Number 22-5000 (#725) (Re: 725 Notice of Appeal to Circuit Court, ) as to Oscar Amos Stilley (sc, Dpty Clk) (Entered: 01/04/2022) |
| 01/05/2022 | 728 | APPEAL FEES Paid in Full (Re: 725 Notice of Appeal to Circuit Court, ) as to Oscar Amos Stilley (lmt, Dpty Clk) (Entered: 01/05/2022) |
| 01/05/2022 | | ***Remark: *copy of receipt emailed to 10th Circuit* (Re: 728 Appeal Fee Paid in Full ) as to Oscar Amos Stilley (lmt, Dpty Clk) (Entered: 01/06/2022) |
| 01/21/2022 | 729 | CERTIFICATE of Service (Re: 715 MOTION for Writ of Garnishment as to Cornerstone Structural Engineering, Inc. , 717 Writ of Garnishment Issued ) by USA as to Oscar Amos Stilley (Singhal, Vani) (Entered: 01/21/2022) |
| 02/02/2022 | 730 | MOTION for Disbursement by USA as to Oscar Amos Stilley (Singhal, Vani) (Entered: 02/02/2022) |
| 02/10/2022 | 731 | ORDER by Magistrate Judge Susan E Huntsman , ruling on motion(s)/document(s): #730 granted (Re: 730 MOTION for Disbursement ) as to Oscar Amos Stilley (dlg, Dpty Clk) (Entered: 02/10/2022) |

| 06/06/2022 | 732 | DECISION from Circuit Court dismissing the Appeal (Re: 725 Notice of Appeal to Circuit Court, ) as to Oscar Amos Stilley (lmt, Dpty Clk) (Entered: 06/06/2022) |
| 08/24/2022 | 733 | TRANSFER by Judge Stephen P Friot of Jurisdiction of Probationer or Supervised Releasee to District of OKWD as to Oscar Amos Stilley (blc, Dpty Clk) Modified on 8/24/2022 to edit docket text to remove additional Order event language (blc, Dpty Clk). (Entered: 08/24/2022) |

*FILED*

MAR 1 0 2009

Phil Lombardi, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

Case No. 09 CR 043 JHP

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | [18 U.S.C. § 371, Conspiracy to |
| v. | ) | Defraud the United States; |
| | ) | 26 U.S.C. § 7201, Tax Evasion; |
| LINDSEY KENT SPRINGER, | ) | 26 U.S.C. § 7203, Failure to File |
| OSCAR AMOS STILLEY, | ) | Tax Return] |
| | ) | |
| Defendants. | ) | |

**THE GRAND JURY CHARGES:**

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.     **LINDSEY KENT SPRINGER** ("Defendant **SPRINGER**") was a resident of the City of Kellyville, in the Northern District of Oklahoma.

2.     Defendant **SPRINGER** used the name Bondage Breakers Ministry to solicit and receive money. Defendant **SPRINGER**'s stated purpose for Bondage Breakers Ministry was "to get rid of the Internal Revenue Service."

3.     **OSCAR AMOS STILLEY** ("Defendant **STILLEY**") was an attorney residing in Fort Smith, Arkansas.

1

4.     Defendant **STILLEY** maintained an Arkansas IOLTA Foundation Trust Account ("IOLTA account") at Arvest Bank; an IOLTA account is an interest-bearing account used to hold client funds.

5.     Defendants **SPRINGER** and **STILLEY** each earned income in various ways, including assisting individuals being investigated and prosecuted for federal tax violations. Defendant **SPRINGER** referred individuals to Defendant **STILLEY**, and provided assistance on many of these cases.

6.     Defendant **SPRINGER** last filed an individual income tax return with the Internal Revenue Service in the late 1980's.

7.     Defendant **STILLEY** last filed an individual income tax return with the Internal Revenue Service in the late 1980's.

## COUNT ONE
### [18 U.S.C. § 371]

8.     General Allegations paragraphs 1 through 7  are incorporated as if fully set forth herein.

### OBJECT OF THE CONSPIRACY

9.     Beginning in or about 2000, and continuing until on or about January 15, 2009, within the Northern District of Oklahoma, and elsewhere, Defendants **SPRINGER** and **STILLEY**, and others, both known and unknown to the Grand Jury, unlawfully and knowingly combined, conspired, confederated, and agreed together to defraud the United States by impeding, impairing, obstructing, and defeating the lawful government functions

2

of the Internal Revenue Service, an agency of the United States, in the ascertainment, computation, assessment, and collection of revenue, that is, federal individual income taxes.

## MANNER AND MEANS OF THE CONSPIRACY

The object of the conspiracy was to be accomplished, and was accomplished, through the following manner and means:

10. Defendants **SPRINGER** and **STILLEY** would and did use Defendant **STILLEY**'s IOLTA account to conceal Defendant **SPRINGER**'s income, assets, and personal expenses;

11. Defendant **SPRINGER** would and did use Defendant **STILLEY**'s credit card to pay Defendant **SPRINGER**'s personal expenses;

12. Defendants **SPRINGER** and **STILLEY** would and did use cashier's checks, money orders, cash, and other means to avoid creating the usual records of financial transactions and to conceal Defendant **SPRINGER**'s income;

13. Defendants **SPRINGER** and **STILLEY** would and did knowingly misrepresent the source and nature of Defendant **SPRINGER**'s income to Internal Revenue Service employees, the Grand Jury, and the Department of Justice; and

14. Defendants **SPRINGER** and **STILLEY** would and did refrain from filing forms with the Internal Revenue Service, including Forms 1040 and 1099.

3

## OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy and to effect the object thereof, Defendants **SPRINGER** and **STILLEY**, and others known and unknown to the Grand Jury, committed the following overt acts, among others, in the Northern District of Oklahoma and elsewhere:

15.     On or about September 16, 2005, Defendant **SPRINGER** told Internal Revenue Service employees that all funds he receives are gifts and donations, that he does not have any income, and that he does not provide any services for payment.

16.     On or about January 20, 2006, Defendant **STILLEY** stated to Internal Revenue Service employees that people give money to Defendant **SPRINGER** for his ministry, and expect no services in return.

17.     On or about March 9, 2006, Defendant **STILLEY** provided the Grand Jury with a document titled "RESPONSE TO SUBPOENA" stating that "LINDSEY SPRINGER does not charge for his services," and purporting to list "any money paid, given, transferred, or provided to LINDSEY SPRINGER for any purpose."

18.     On or about June 24, 2003, Defendant **STILLEY** caused to be deposited a check for $112,500 into his IOLTA account.

19.     On or about June 30, 2003, Defendant **STILLEY** caused to be written a check for $14,359 from his IOLTA account to Defendant **SPRINGER**.

20.     On or about July 21, 2003, Defendant **STILLEY** caused to be written a check for $35,000 from his IOLTA account to Defendant **SPRINGER**.

4

21.     On or about July 31, 2003, Defendant **STILLEY**, using funds from his IOLTA account, purchased a $37,000 cashier's check for Defendant **SPRINGER**.

22.     On or about July 31, 2003, Defendant **SPRINGER** used the $37,000 cashier's check to purchase a Chevrolet Corvette.

23.     On or about November 6, 2003, Defendant **STILLEY** caused $375,059.90 to be transmitted to his IOLTA account.

24.     On or about November 7, 2003, Defendant **STILLEY** caused three cashier's checks payable to Defendant **SPRINGER** in the amount of $20,000 each to be issued from his IOLTA account.

25.     On or about  November 7, 2003, Defendant **STILLEY** purchased $18,000 in money orders for Defendant **SPRINGER** using funds from his IOLTA account.

26.     On or about August 8, 2005, Defendant **SPRINGER** sent an email to a third person containing the account number, routing number, and name of Defendant **STILLEY**'s IOLTA account.

27.     On or about August 11, 2005, Defendants **SPRINGER** and **STILLEY** caused $192,000 to be transmitted to Defendant **STILLEY**'s IOLTA account for Defendant **SPRINGER**.

28.     On or about August 15, 2005, Defendant **STILLEY** caused $166,000 to be transmitted from his IOLTA account for the purchase of a motor home titled in the name of Defendant **SPRINGER** and his wife.

5

29.     On or about August 18, 2005, Defendants **SPRINGER** and **STILLEY** caused $58,000 to be transmitted to Defendant **STILLEY**'s IOLTA account for Defendant **SPRINGER**.

30.     On or about August 26, 2005, Defendant **STILLEY** caused $5,560 to be transmitted from his IOLTA account to Oklahoma Truck and Trailer Sales for the purchase of a trailer titled in the name of Defendant **SPRINGER**.

31.     On or about September 1, 2005, Defendant **STILLEY** caused $25,813 to be transmitted from his IOLTA account to Lexus of Tulsa for the purchase of a Lexus titled in the name of Defendant **SPRINGER** and his wife.

32.     On or about September 19, 2005, Defendant **STILLEY** purchased two $10,000 cashier's checks payable to Defendant **SPRINGER** with funds from Defendant **STILLEY**'s IOLTA account.

33.     On or about November 9, 2005, Defendant **STILLEY** purchased a $10,000 cashier's check payable to Defendant **SPRINGER** with funds from Defendant **STILLEY**'s IOLTA account.

34.     On or about November 29, 2005, Defendant **STILLEY** purchased a $9,000 cashier's check payable to Defendant **SPRINGER** with funds from Defendant **STILLEY**'s IOLTA account.

35.     On or about December 9, 2005, Defendant **SPRINGER** caused $50,000 he earned from the sale of a motor home to be transmitted to Defendant **STILLEY**'s IOLTA account.

36.     On or about May 2, 2006, Defendant **STILLEY** caused to be written a $1,993.56 check from his IOLTA account to Defendant **SPRINGER**.

37.     On or about July 25, 2006, Defendant **STILLEY** caused to be deposited a $175,000 check in his IOLTA account.

38.     On or about August 3, 2006, Defendant **STILLEY** caused to be written a $25,000 check from his IOLTA account to Bondage Breakers Ministry.

39.     On or about January 15, 2009, Defendant **SPRINGER** represented that he earned no income and that the money he received was given "without any expectation for anything from anybody."

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
## [26 U.S.C. § 7201]

40. General Allegations paragraphs 1, 2, 5, and 6 are incorporated as if fully set forth herein.

41. From on or about January 1, 2000, and continuing to on or about January 15, 2009, within the Northern District of Oklahoma and elsewhere, Defendant **SPRINGER** had and received taxable income, and upon that taxable income there was a substantial income tax due and owing. Well knowing and believing the foregoing facts, Defendant **SPRINGER** did willfully attempt to evade and defeat the individual income taxes due and owing by him to the United States of America for the calendar year 2000, by failing to file a United States Individual Income Tax Return as required by law, and by committing various affirmative acts of evasion, including: receiving income in a fictitious name; directing individuals to write "donation" or "gift" on checks that were payment for services; directing individuals to pay for services by cashier's check; using a check-cashing business to cash checks; using money orders, cash, and other means to avoid creating the usual records of financial transactions and to conceal his income; making false statements to agents and employees of the Internal Revenue Service; and, otherwise concealing and attempting to conceal from all proper officers of the United States of America his true and correct income.

All in violation of Title 26, United States Code, Section 7201.

8

## COUNT THREE
### [26 U.S.C. § 7201 and 18 U.S.C. § 2]

42.     General Allegations paragraphs 1 through 7 are incorporated as if fully set forth herein.

43.     From on or about January 1, 2003, and continuing to on or about January 15, 2009, within the Northern District of Oklahoma and elsewhere, Defendant **SPRINGER** had and received taxable income, and upon that taxable income there was a substantial income tax due and owing.   Well knowing and believing the foregoing facts, Defendants **SPRINGER** and **STILLEY** did willfully attempt to evade and defeat the individual income taxes due and owing by Defendant **SPRINGER** to the United States of America for the calendar year 2003, by failing to file a United States Individual Income Tax Return as required by law, and by committing various affirmative acts of evasion.   Defendant **SPRINGER** committed the following affirmative acts of evasion:  directing individuals to make checks payable to Bondage Breakers Ministry; using a check-cashing business to cash checks; and accepting collectible coins as payment for services.  Defendants **SPRINGER** and **STILLEY** committed, and aided and abetted the commission of, the following affirmative acts of evasion: using Defendant **STILLEY**'s IOLTA account; using Defendant **STILLEY**'s credit card to pay Defendant **SPRINGER**'s personal expenses; using cashier's checks, money orders, cash, and other means to avoid usual records and to conceal income; making false statements to agents and employees of the Internal Revenue Service; and,

9

otherwise concealing and attempting to conceal from all proper officers of the United States of America Defendant **SPRINGER**'s true and correct income.

All in violation of Title 26, United States Code, Section 7201 and Title 18, United States Code Section 2.

10

## COUNT FOUR
### [26 U.S.C. § 7201 and 18 U.S.C. § 2]

44.     General Allegations paragraphs 1 through 7 are incorporated as if fully set forth herein.

45.     From on or about January 1, 2005, and continuing to on or about January 15, 2009, within the Northern District of Oklahoma and elsewhere, Defendant **SPRINGER** had and received taxable income, and upon that taxable income there was a substantial income tax due and owing.   Well knowing and believing the foregoing facts, Defendants **SPRINGER** and **STILLEY** did willfully attempt to evade and defeat the individual income taxes due and owing by Defendant **SPRINGER** to the United States of America for the calendar year 2005, by failing to file a United States Individual Income Tax Return despite earning income of sufficient amount to require the filing of an individual income tax return, and by committing various affirmative acts of evasion.  Defendant **SPRINGER** committed the following affirmative acts of evasion:  directing individuals to make checks payable to Bondage Breakers Ministry; and using a check-cashing business to cash checks. Defendants **SPRINGER** and **STILLEY** committed, and aided and abetted the commission of, the following affirmative acts of evasion:  using Defendant **STILLEY**'s IOLTA account; using Defendant **STILLEY**'s credit card to pay Defendant **SPRINGER**'s personal expenses; using cashier's checks, money orders, cash, and other means of payment to avoid usual records and to conceal income; making false statements to agents and employees of the Internal Revenue

11

Service; and, otherwise concealing and attempting to conceal from all proper officers of the United States of America Defendant **SPRINGER**'s true and correct income.

All in violation of Title 26, United States Code, Section 7201, and Title 18, United States Code Section 2.

## COUNT FIVE
### [26 U.S.C. § 7203]

46.      General Allegations paragraphs 1, 2, 5, and 6 are incorporated as if fully set forth herein.

47.      During the calendar year 2002, Defendant **SPRINGER** had and received gross income in excess of $7,700.  By reason of such gross income, he was required by law, following the close of the calendar year 2002 and on or before April 15, 2003 to make an income tax return to the Internal Revenue Service Center, at Austin, Texas, to a person assigned to receive returns at the local office of the Internal Revenue Service at Tulsa, Oklahoma, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all of the foregoing, he did willfully fail, on or about April 15, 2003, in the Northern District of Oklahoma and elsewhere, to make and file an income tax return.

All in violation of Title 26, United States Code, Section 7203.

## COUNT SIX
### [26 U.S.C. § 7203]

48.     General Allegations paragraphs 1, 2, 5 and 6 are incorporated as if fully set forth herein.

49.     During the calendar year 2004, Defendant **SPRINGER** had and received gross income totaling in excess of $15,900.  By reason of that gross income, he was required by law, following the close of the calendar year 2004 and on or before April 15, 2005 to make an income tax return to the Internal Revenue Service Center, at Austin, Texas, to a person assigned to receive returns at the local office of the Internal Revenue Service at Tulsa, Oklahoma, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled.  Well knowing and believing all of the foregoing, he did willfully fail, on or about April 15, 2005, in the Northern District of Oklahoma and elsewhere, to make and file an income tax return.

All in violation of Title 26, United States Code, Section 7203.

DAVID E. O'MEILIA
UNITED STATES ATTORNEY

_____
CHARLES A. O'REILLY
Trial Attorney, Tax Division
United States Department of Justice

_____
KENNETH P. SNOKE
Assistant United States Attorney

A TRUE BILL

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

14

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

NORTHERN                    District of                    OKLA

FILED
Apr 28 2010
Mark C. McCartt, Clerk

UNITED STATES OF AMERICA          **JUDGMENT IN A CRIMINAL**
.V.

OSCAR AMOS STILLEY

| | |
|---|---|
| Case Number: | 09-CR-043-002-SPF |
| USM Number: | 10579-062 |

Oscar Amos Stilley, Pro Se
Charles Robert Burton, IV, Standby Counsel
Defendant's Attorney

## THE DEFENDANT:

[ ] pleaded guilty to count(s) _____

[ ] pleaded nolo contendere to count(s) _____
    which was accepted by the court.

[x] was found guilty on counts    One, Three, and Four of the Indictment
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Defraud the United States | 1/15/09 | 1 |
| 26 U.S.C. § 7201 and 18 U.S.C. § 2 | Tax Evasion and Aiding and Abetting | 1/15/09 | 3 |
| 26 U.S.C. § 7201 and 18 U.S.C. § 2 | Tax Evasion and Aiding and Abetting | 1/15/09 | 4 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ [ ] is [ ] are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

April 23, 2010
Date of Imposition of Judgment

Signature of Judge

The Honorable Stephen P. Friot, U.S. District Judge
Name and Title of Judge

April 28, 2010
Date

AO 245B    (Rev. 09/08) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___6___

DEFENDANT:        Oscar Amos Stilley
CASE NUMBER:      09-CR-043-002-SPF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term of:      180 months.  Sixty months as to each of Counts One, Three, and Four, all such terms to run consecutively to each other.

[x]    The court makes the following recommendations to the Bureau of Prisons:

The Court directs the Bureau of Prisons not to incarcerate the defendant with his co-defendant, Lindsey Kent Springer (USM Number 02580-063).

[x]    The defendant is remanded to the custody of the United States Marshal.

[]    The defendant shall surrender to the United States Marshal for this district:

    []    at _____    []    a.m.    []    p.m.    on    _____ .

    []    as notified by the United States Marshal.

[]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    []    before 12 noon on    _____ .

    []    as notified by the United States Marshal.

    []    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____    to    _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By    _____
DEPUTY UNITED STATES MARSHAL

| DEFENDANT: | Oscar Amos Stilley |
| CASE NUMBER: | 09-CR-043-002-SPF |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : Three years. Said term consists of three years as to each of Counts One, Three, and Four. These terms of supervised release shall run concurrently, each with the others.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse, but authority to administer drug testing for cause is retained. (Check, if applicable.)

[x] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

[x] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[] The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prison, or any state sex offender registration agency in which he or she resides, works, or is a student, or was convicted of a qualifying offense. (Check, if applicable.)

[] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer;
2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. The defendant shall support the defendant's dependents and meet other family responsibilities (including, but not limited to, complying with the terms of any court order or administrative process pursuant to the law of a state, the District of Columbia, or any other possession or territory of the United States requiring payments by the defendant for the support and maintenance of any child or of a child that the parent with whom the child is living;
5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. The defendant shall notify the probation officer at least ten days prior to any change of residence or employment;
7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician;
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the court;
9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. As directed by the probation officer, the defendant shall notify third parties that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement (any objection to such notification shall be decided by the district court).
14. The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.
15. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

AO 245B (Rev. 09/08) Judgment in a Criminal Case
Sheet 3C — 09 Supervised Release

| DEFENDANT: | Oscar Amos Silley |
|---|---|
| CASE NUMBER: | 09-CR-043-002-SPF |

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall search his person, residence, office or vehicle to a search, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall abide by the "Special Financial Conditions" previously adopted by the Court, as follows:

   1. The defendant shall maintain a checking account in the defendant's name and deposit into this account all income, monetary gains or other pecuniary proceeds, and make use of this account for payment of all personal expenses. All other bank accounts must be disclosed to the probation officer.

   2. The defendant shall not make application for any loan or enter into any credit arrangement, without first consulting with the probation officer.

   3. The defendant shall disclose all assets and liabilities to the probation officer. The defendant shall not transfer, sell, give-away, or otherwise convey any asset, without first consulting with the probation officer.

   4. If the defendant owns or maintains interest in any profit or nonprofit entity, you shall, upon request, surrender and/or make available for review, any and all documents and records of said profit or nonprofit entity to the probation officer.

   5. The defendant shall, upon request of the probation officer, complete a personal financial affidavit and authorize release of any and all financial information, to include income and tax return records, by execution of a Release of Financial Information form, or by any other appropriate means.

1. The defendant shall abide by the "Special Computer Restriction Conditions" previously adopted by the Court, as follows:

   1. The defendant shall disclose all e-mail accounts, Internet connections and Internet connection devices, including screen names and passwords, to the probation officer; and shall immediately advise the probation officer of any changes in his or her e-mail accounts, connections, devices, or passwords.

   2. The probation officer shall have authority to monitor all computer activity, to include all e-mail or Internet connections, to include but not limited to installation of remote monitoring software. Unless waived by the probation officer, the cost of remote monitoring software shall be paid by the defendant.

   3. The defendant shall not access any on-line service using an alias, or access any on-line service using the Internet account, name, or designation of another person or entity; and report immediately to the probation officer access to any Internet site containing prohibited material.

   4. The defendant is prohibited from using any form of encryption, cryptography, steganography, compression, password-protected files or other methods that limit access to, or change the appearance of, data and/or images.

   5. The defendant is prohibited from altering or destroying records of computer use, including the use of software or functions designed to alter, clean or "wipe" computer media, block monitoring software, or restore a computer to a previous state.

   6. If instructed, the defendant shall provide all personal and business telephone records and credit card statements to the probation officer

While on supervision, the defendant shall cooperate with the IRS in preparing and filing true and correct income tax returns for any tax years since 1987 for which the defendant has not filed a tax return; cooperate with the IRS in civil proceedings to determine accurately his tax liabilities for the same years; establish a payment schedule with the IRS and pay all taxes, interest, and penalties owed in connection with his tax debt according to the payment schedule set by the IRS.

The defendant shall not engage in any activity that would constitute the unauthorized or unlicensed practice of law, nor provide representation or services of any kind; advice, suggestions, or recommendations, whether paid or not, to any person or entity, public or private, other than immediate family members, with respect to any matter relating to federal or state taxation. The defendant will maintain no website that refers to any matter relating to federal or state taxation. The defendant will post no material of any kind on any website that refers to any matter relating to federal or state taxation. The defendant will not file, without the expressed written permission of the Probation Office, any civil action relating to federal income tax.

The defendant shall not work directly or indirectly in any business, profession, or self-employment engaged in the offer, sale, purchase, trade, brokering, solicitation, or similar transactions with respect to any real property, securities or negotiable instruments. The defendant will not engage in telemarketing activities, to include any telephone sales or other such business, campaign, venture, or transaction. The defendant shall maintain employment. All employment must be approved in advance by the Probation Officer. The defendant shall abide by electronic monitoring, curfew requirements, and travel restrictions.

If instructed by the Probation Officer, the defendant shall provide originals or copies of all personal and business telephone phone records and all credit card, checking account and PayPal statements to the U.S. Probation Officer.

The defendant shall report to the Probation Officer, as specified by the Probation Officer, of all transactions consummated with a check cashing service. These reports shall be made within 10 calendar days after completion of any such transaction. The defendant shall refrain from transacting business with any check cashing service if so directed by the Probation Officer.

The defendant shall disclose all email accounts, Pay Pal accounts, internet connections and communication devices, to include all screen names and passwords. Your use of email, internet connections, or an internet connection service will be restricted and/or monitored by monitoring software and otherwise, with the costs of remote computer monitoring to be paid by the defendant. The defendant will be prohibited from accessing any on-line service using an alias or the internet account, name or designation or another person or entity. The defendant will be prohibited from altering or using any form or description or other methods that limit access to, or change, the appearance of data or images. The defendant will be prohibited from altering or destroying records of computer use.

AO 245B   (Rev. 09/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties
Document 338 Filed in USDC ND/OK on 04/28/10   Page 5 of 6

Judgment — Page ___5___ of ___6___

DEFENDANT:   Oscar Amos Stilley
CASE NUMBER:   09-CR-043-002-SPF

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 300 ($100 as to each of Counts One, Three, and Four) | $ N/A | $ 776,280 |

[]   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[x]   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| IRS-RACS<br>Attention: Mail Stop 6261<br>Restitution<br>333 West Pershing Ave.<br>Kansas City, Missouri 64108 | | $ 684,653 | |
| Arkansas Department<br>of Finance<br>and Administration Income<br>Tax Administration<br>P.O. Box 3628<br>Little Rock, Arkansas 72203 | | $ 91,627 | |
| TOTALS | $ _____0 | $ ___776,280___ | |

[]   Restitution amount ordered pursuant to plea agreement  $ _____

[]   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[]   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    []   the interest requirement is waived for the   []   fine   []   restitution.

    []   the interest requirement for the   []   fine   []   restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:      Oscar Amos Stilley
CASE NUMBER:   09-CR-043-002-SPF

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  [] Lump sum payment of $ _____ due immediately, balance due

    [] not later than _____ , or
    [] in accordance with  [] C,  [] D,  [] E, or  [] F below; or

**B**  [] Payment to begin immediately (may be combined with   [] C,   [] D, or   [] F below); or

**C**  [] Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  [] Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
term of supervision; or

**E**  [] Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  [x] Special instructions regarding the payment of criminal monetary penalties:

    Any criminal monetary penalty is due in full immediately, but payable on a schedule of the greater of $25 quarterly or 50% of income pursuant to the Federal Bureau of Prisons' Inmate Financial Responsibility Program while in prison. If a monetary balance remains, payment is to commence no later than 60 days following release from imprisonment to a term of supervised release in equal monthly payments of $100 or 10% of net income (take home pay), whichever is greater, over the duration of the term of supervised release and thereafter as prescribed by law for as long as some debt remains. Notwithstanding establishment of a payment schedule, nothing shall prohibit the United States from executing or levying upon property of the defendant discovered before or after the date of this Judgment.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[]  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

[]  The defendant shall pay the cost of prosecution.
[]  The defendant shall pay the following court cost(s):
[]  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.