Prob 12C (10/99)

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar Amos Stilley          Case Number: CR-22-00357-001-F

Name of Judicial Officer: The Honorable Stephen P. Friot (Jurisdiction was transferred from the Northern District of Oklahoma to the Western District of Oklahoma on August 24, 2022)

Date of Original Sentence: April 23, 2010

Original Offense: Count 1; Conspiracy to Defraud the United States in violation of 18 U.S.C. § 371; Count Three; Tax Evasion and Aiding and Abetting in violation of 26 U.S.C. § 7201 and 18 U.S.C. § 2; Count Four; Tax Evasion and Aiding and Abetting in violation of 26 U.S.C. § 7201 and 18 U.S.C. § 2.

Original Sentence: 180 months custody, 3 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: August 10, 2022

Previous Court Action:
None

Assistant U.S. Attorney: Matt Dillon          Defense Counsel: To be assigned

---

### PETITIONING THE COURT

[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Special Condition No. 3:** The defendant shall abide by the "Special Computer Restriction Conditions" previously adopted by the Court, as follows:<br><br>**(1) The defendant shall disclose all email accounts, internet connections and internet connection devices, including screen names and passwords, to the probation officer; and shall immediately advise the probation officer of any changes in his or her email accounts, connections, devices, or passwords;** |

1

**(2) The probation officer shall have authority to monitor all computer activity, to include all email or internet connections, to include but not limited to installation of remote monitoring software. Unless waived by the probation officer, the cost of the remote monitoring software shall be paid by the defendant;**

**(3) The defendant shall not access any on-line service using an alias, or access any on-line service using the internet account, name, or designation of another person or entity; and report immediately to the probation officer access to any internet site containing prohibited material;**

**(4) The defendant is prohibited from using any form of encryption, cryptography, stenography, compression, password-protected files, or other methods that limit access to, or change the appearance of, data and/or images;**

**(5) The defendant is prohibited from altering or destroying the records of computer use, including the use of software or functions designed to alter, clean or "wipe" computer media, block monitoring software, or restore a computer to a previous state; and**

**(6) If instructed, the defendant shall provide all personal and business telephone records and credit card statements to the probation officer.**

On August 10, 2022, Oscar Amos Stilley violated this condition of supervised release when he refused to allow the installation of remote monitoring software to occur.

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2022

*/s/ Jay Mauldin*

Jay Mauldin
Supervisory U.S. Probation Officer

Date: August 24, 2022

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

<u>August 24, 2022</u>  
Date

*/s/ Stephen P. Friot*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE