AO 458 (Rev. 01/09) Appearance

# United States District Court
for the

_____WESTERN_____ DISTRICT OF _____OKLAHOMA_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| -vs- | ) Case No: CR-22-357-F |
| | ) |
| **ASCAR AMOS STILLEY,** | ) |
| | ) |
| **Defendant.** | ) |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this court.

Date: <u>August 25, 2022</u>     *s/MATT DILLON*
MATT DILLON
OBA# 19321
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
Matthew.Dillon@usdoj.gov
(405) 553-8755
(405) 553-8888

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: None at this time.

s/MATT DILLON
Assistant U.S. Attorney