# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA | NOTICE OF **RESCHEDULED HEARING** |
|---|---|
| vs | |
| OSCAR AMOS STILLEY | Case Number: CR-22-357-F<br>USM No.: 10579-062 |

**Defendant is on supervised release**.

---

Type of Case        __X__ **CRIMINAL**

---

### *TAKE NOTICE*

That a proceeding in this case has been **RESCHEDULED** for the place, date and time set forth below:

Place: U.S. Courthouse  
       Courtroom #401  
       200 N.W. 4th Street  
       Oklahoma City, OK 73102

Date and time previously scheduled:  
September 12, 2022, at 9:30 a.m.

**RESCHEDULED TO:**  
**September 12, 2022, at 9:00 a.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

---

TYPE OF PROCEEDING:      **REVOCATION HEARING**

---

                                     JUDGE STEPHEN P. FRIOT

September 8, 2022  
Date                                s/ Lori Gray  
                                        BY DEPUTY CLERK

AUSA (Dillon)  
USM  
USPO (Holloway)