IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   September 12, 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CR-22-357-F |
| | ) | USM No. 10579-062 |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendant. | ) | |

ENTER ORDER:

The hearing re revocation of supervised release that was set for September 12, 2022, is **STRICKEN**, to be reset at a later date.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

                                              Carmelita Reeder Shinn, Clerk


                                              By:_____s/ Lori Gray_____
                                                          Deputy Clerk

cc:    AUSA (Dillon)
       USM
       USPO (Holloway)

22-0357p003.docx