FILED

SEP 16 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                    Case No. 5:22-cr-357 F-1
                      (Transfer from OKND 4:09-cr-43)

OSCAR AMOS STILLEY                                              DEFENDANT

DEFENDANT OSCAR STILLEY'S MOTION FOR ELECTRONIC CASE FILING PRIVILEGES (CM/ECF)

Comes now Defendant Oscar Stilley (Stilley) and for his motion states:

1.  Stilley has electronic filing privileges in the Northern District of Oklahoma (OKND).

2.  The OKND Clerk was directed to maintain the CM/ECF privileges of Stilley and Springer, in the criminal case from which this proceeding was transferred. See OKND 4:09-cr-43 SPF Dkt. 346.

3.  Stilley would be materially disadvantaged by the lack of CM/ECF privileges. Amongst the many reasons, Stilley frequently includes helpful links, so the Court and opposing counsel can immediately see other parts of the record, statutes, etc., referenced by Stilley. Electronically filed pleadings are more compact, more legible, and are readily searchable, all of which benefits the Court and the parties.

4.  CM/ECF will give Stilley immediate notice of filings, which is materially beneficial since this allows Stilley to stay abreast of filings.

5.  Stilley has CM/ECF privileges in a number of courts in which he has current litigation.

6.  Stilley submits that he should be given filing privileges under the same credentials by which filing access is granted in OKND.

WHEREFORE, Stilley respectfully requests that the Court order that Stilley be permitted to file CM/ECF, with the Clerk directed to give Stilley instructions and assistance to effectuate such result; and for such other and further relief as may be appropriate whether or not specifically requested.

Respectfully submitted,

By: /s/ Oscar Stilley
Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 mobile
479.401.2615 fax
oscarstilley@gmail.com

September 14, 2022
Date

## CERTIFICATE OF SERVICE

Defendant Stilley hereby certifies that on the date stated above he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, thereby serving all persons having ECF privileges and entitled to service in this case. Stilley does not have access to Lindsey Springer's physical address, email, and phone number, and thus cannot serve him.